The Honorable Ricardo Martinez

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| WASHINGTON ASSOCIATION OF CHURCHES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAM REED, in his official capacity as Secretary of State for the State of Washington,<br><br>Defendant. | NO. CV06-0726RSM<br><br>STIPULATED FINAL ORDER AND JUDGMENT |

WHEREAS, Plaintiffs Washington Association of Churches, et al. brought this action on May 24, 2006, alleging that Washington State's "matching" statute, RCW 29A.08.107, violates the Help America Vote Act of 2002, the Voting Rights Act, and the U.S. Constitution; and

WHEREAS, Plaintiffs moved for an order preliminarily enjoining enforcement of RCW 29A.08.107, and the parties each submitted certain evidence supported by declarations; and

STIPULATED FINAL ORDER AND
JUDGMENT – NO. CV06-0726RSM

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

EXHIBIT 8

1    WHEREAS, the Court held oral argument on July 28, 2006; and

2    WHEREAS, on August 1, 2006, the Court issued an Order Granting Motion for

3    Preliminary Injunction; and

4    WHEREAS, pursuant to Rule 65(a)(2) of the Federal Rules of Civil Procedure, the

5    evidence received by the Court at the hearing on Plaintiffs' motion for a preliminary

6    injunction, as subsequently supplemented by later court order, would be admissible upon a

7    trial on the merits and would become part of the record on such a trial; and

8    WHERAS, following discussion and consideration, the parties mutually stipulate to

9    the entry of this Order;

10    NOW THEREFORE,

11    Pursuant to the stipulation of the parties, the Court hereby finds and ORDERS as

12    follows:

13    1. Defendant, his employees, agents, representatives and successors in office are

14    permanently enjoined from enforcing RCW 29A.08.107 in such a way that any application

15    for voter registration is denied solely on the basis of a failure to match a voter's driver's

16    license number, state identification card number, or last four digits of a social security

17    number with information on record with the state Department of Licensing or federal Social

18    Security Administration, including by enforcement of RCW 29A.08.107(2) and (3). This

19    Order does not require Defendant to tabulate ballots or count votes cast by such voters absent

20    the completion of a matching process or the receipt of alternative identification by no later

21    than the day before certification of election results by the county canvassing board.

22    In accordance with the foregoing:

23    a. If the Defendant matches an applicant's driver's license number, state

24    identification card number, or last four digits of his or her social security number

25    with the records of the state Department of Licensing or federal Social Security

26    Administration, with or without seeking additional information or clarification

STIPULATED FINAL ORDER AND
JUDGMENT -- NO. CV06-0726RSM

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

EXHIBIT 8

1  from the voter, the voter shall be registered to vote, effective as of the date of the

2  submission or receipt of the original application, unless there exists a separate

3  basis for concluding that the voter is ineligible to vote independent of the

4  matching process;

5  b.  If Defendant is unable to match an applicant's driver's license number, state

6  identification card number, or last four digits of his or her social security number,

7  but the applicant presents or submits to an election official an alternative form of

8  identification acceptable under RCW 29A.44.205, the voter shall be registered to

9  vote, effective as of the date of the submission or receipt of the original

10  application, unless there exists a separate basis for concluding that the voter is

11  ineligible to vote independent of the matching process;

12  c.  If an applicant does not become registered to vote under either paragraph (1)(a) or

13  (1)(b) above, unless there exists a separate basis for concluding that the applicant

14  is ineligible to vote independent of the matching process, then the applicant shall

15  be provisionally registered to vote.  All voters provisionally registered pursuant to

16  this paragraph shall be promptly notified in writing of this provisional status, of

17  the need to provide additional documents or information, and of the relevant

18  deadlines.   They shall be included in the official rolls of registered voters

19  maintained by the state and in all electronic or paper copies used for election

20  administration purposes, but their provisional status may be flagged to indicate

21  that identification is still required before their votes may be counted.  All voters

22  provisionally registered pursuant to this paragraph shall be permitted to cast a

23  ballot in any primary or election;

24  d.  No ballot cast pursuant to paragraph (1)(c) above shall be tabulated or regarded as

25  containing valid votes for any office or measure until the Defendant receives

26  information or the voter presents or submits documentation sufficient to register

STIPULATED FINAL ORDER AND
JUDGMENT — NO. CV06-0726RSM

3

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

EXHIBIT 8

1    the voter as described in paragraph (1)(a) or (1)(b) above. The Defendant is not

2    required to tabulate votes cast pursuant to paragraph (1)(c) above, or treat them as

3    properly cast votes for any office or measure unless the Defendant receives

4    information or the voter presents or submits documentation sufficient to register

5    the voter as described in paragraph (1)(a) or (1)(b). Upon receipt of such

6    information or documentation by an election official, the ballot shall be tabulated

7    and the voter shall be registered as a fully active registered voter, effective as of

8    the date of the submission or receipt of the original application.

9     e. Nothing in this Order shall be construed to require the Defendant to maintain a

10      voter in provisional status on the state's voter registration list after two federal

11      general elections have been conducted since the date of the original application.

12    2. This Order constitutes a final order and judgment pursuant to Rule 54 resolving

13 the merits of this action. The parties stipulate to the entry of this Order in full and final

14 resolution of all claims and issues presented in this action, except claims for costs and

15 attorney fees. The parties mutually agree that they will not appeal this Stipulated Final Order

16 and Judgment to any court. This Court retains jurisdiction of this action to enforce the terms

17 of this Order, and to adjudicate claims for costs and attorney fees.

18    IT IS SO ORDERED.

19    DATED this _____ day of March, 2007.

20

21

                                               _____

22                                      UNITED STATES DISTRICT JUDGE

23

24

25

26

STIPULATED FINAL ORDER AND          4          ATTORNEY GENERAL OF WASHINGTON
JUDGMENT -- NO. CV06-0726RSM                          1125 Washington Street SE
                                                       PO Box 40100
                                           Olympia, WA 98504-0100
                                             (360) 753-6200

EXHIBIT 8

1  SUBMITTED jointly this 15th day of March, 2007, by:

2  HILLIS CLARK MARTIN &
   PETERSON, P.S.

3

4

5  Louis D. Peterson, WSBA #5776
   1221 Second Avenue, Suite 500
6  Seattle, WA 98101-2925
   206-623-1745; 206-623-7789 (fax)
7  lpd@hcmp.com

8  *Attorneys for Plaintiffs Washington
   Association of Churches, et al.*
9
   OF COUNSEL:
10
   PAUL, WEISS, RIFKIND, WHARTON
11 & GARRISON LLP

12 Robert A. Atkins*
   Evan Norris*
13 J. Adam Skaggs*
   Patricia E. Ronan*
14 1285 Avenue of the Americas
   New York, New York 10019-6064
15 (212) 373-3000
16 * Admitted *pro hac vice*

17 BRENNAN CENTER FOR JUSTICE
     AT NYU SCHOOL OF LAW
18
19 Wendy R. Weiser*
   Justin Levitt*
20 161 Avenue of the Americas
   12th Floor
21 New York, New York 10013
   (212) 998-6730
22 * Admitted *pro hac vice*

23

24

25

26

ROBERT M. MCKENNA
ATTORNEY GENERAL

James K. Pharris, WSBA # 5313
Jeffrey T. Even, WSBA # 20367
Deputy Solicitors General

Greg Overstreet, WSBA #26682
Special Assistant Attorney General

1125 Washington St. SE
PO Box 40100
Olympia, WA 98504-0100
(360) 664-3027
jamesp@atg.wa.gov

*Counsel for Defendant*

STIPULATED FINAL ORDER AND
JUDGMENT -- NO. CV06-0726RSM

5

EXHIBIT 8