# Judge Wilson's 2024–26 Case Management Calendar

| Trial list: | Status conference: | Fact discovery deadline: | Dispositive motions and suporting briefs: | Affirmative expert reports: | Responsive expert reports: | Supplemental expert reports: | Expert discovery deadline: | Motions in limine and supporting briefs: | Pretrial Memoranda, proposed voir dire, and jury instructions: | Pre-trial conference: | Jury selection and trial: |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan-24 | 5/24/2023 | 6/30/2023 | 7/31/2023 | 7/31/2023 | 9/1/2023 | 9/15/2023 | 10/13/2023 | 11/8/2023 | 12/6/2023 | 12/20/2023 | 1/8/2024 |
| Feb-24 | 6/28/2023 | 7/31/2023 | 8/31/2023 | 8/31/2023 | 10/6/2023 | 10/20/2023 | 11/17/2023 | 12/6/2023 | 1/3/2024 | 1/17/2024 | 2/5/2024 |
| Mar-24 | 7/26/2023 | 8/31/2023 | 9/29/2023 | 9/29/2023 | 11/3/2023 | 11/17/2023 | 12/15/2023 | 1/10/2024 | 2/7/2024 | 2/21/2024 | 3/4/2024 |
| Apr-24 | 8/23/2023 | 9/29/2023 | 10/31/2023 | 10/31/2023 | 12/1/2023 | 12/15/2023 | 1/12/2024 | 2/7/2024 | 3/6/2024 | 3/20/2024 | 4/1/2024 |
| May-24 | 9/27/2023 | 10/31/2023 | 11/30/2023 | 11/30/2023 | 1/5/2024 | 1/19/2024 | 2/16/2024 | 3/6/2024 | 4/3/2024 | 4/17/2024 | 5/6/2024 |
| Jun-24 | 10/25/2023 | 11/30/2023 | 12/29/2023 | 12/29/2023 | 2/2/2024 | 2/16/2024 | 3/15/2024 | 4/3/2024 | 5/1/2024 | 5/15/2024 | 6/3/2024 |
| Jul-24 | 11/22/2023 | 12/29/2023 | 1/31/2024 | 1/31/2024 | 3/1/2024 | 3/15/2024 | 4/12/2024 | 5/8/2024 | 6/5/2024 | 6/20/2024 | 7/1/2024 |
| Aug-24 | 12/20/2023 | 1/31/2024 | 2/29/2024 | 2/29/2024 | 4/5/2024 | 4/19/2024 | 5/17/2024 | 6/5/2024 | 7/3/2024 | 7/17/2024 | 8/5/2024 |
| Sep-24 | 1/24/2024 | 2/29/2024 | 3/29/2024 | 3/29/2024 | 5/3/2024 | 5/17/2024 | 6/14/2024 | 7/10/2024 | 8/7/2024 | 8/21/2024 | 9/9/2024 |
| Oct-24 | 2/28/2024 | 3/29/2024 | 4/30/2024 | 4/30/2024 | 6/7/2024 | 6/21/2024 | 7/19/2024 | 8/7/2024 | 9/4/2024 | 9/18/2024 | 10/7/2024 |
| Nov-24 | 3/27/2024 | 4/30/2024 | 5/31/2024 | 5/31/2024 | 7/5/2024 | 7/19/2024 | 8/16/2024 | 9/4/2024 | 10/2/2024 | 10/16/2024 | 11/4/2024 |
| Dec-24 | 4/24/2024 | 5/31/2024 | 6/28/2024 | 6/28/2024 | 8/2/2024 | 8/16/2024 | 9/13/2024 | 10/9/2024 | 11/6/2024 | 11/20/2024 | 12/2/2024 |
| Jan-25 | 5/22/2024 | 6/28/2024 | 7/31/2024 | 7/31/2024 | 9/6/2024 | 9/20/2024 | 10/18/2024 | 11/6/2024 | 12/4/2024 | 12/18/2024 | 1/6/2025 |
| Feb-25 | 6/26/2024 | 7/31/2024 | 8/30/2024 | 8/30/2024 | 10/4/2024 | 10/18/2024 | 11/15/2024 | 12/5/2024 | 1/2/2025 | 1/15/2025 | 2/3/2025 |
| Mar-25 | 7/24/2024 | 8/30/2024 | 9/30/2024 | 9/30/2024 | 11/1/2024 | 11/15/2024 | 12/13/2024 | 1/8/2025 | 2/5/2025 | 2/19/2025 | 3/3/2025 |
| Apr-25 | 8/28/2024 | 9/30/2024 | 10/31/2024 | 10/31/2024 | 12/6/2024 | 12/20/2024 | 1/17/2025 | 2/5/2025 | 3/5/2025 | 3/19/2025 | 4/7/2025 |
| May-25 | 9/25/2024 | 10/31/2024 | 11/29/2024 | 11/29/2024 | 1/3/2025 | 1/17/2025 | 2/24/2025 | 3/5/2025 | 4/2/2025 | 4/16/2025 | 5/5/2025 |
| Jun-25 | 10/23/2024 | 11/29/2024 | 12/31/2024 | 12/31/2024 | 2/7/2025 | 2/21/2025 | 3/21/2025 | 4/9/2025 | 5/7/2025 | 5/21/2025 | 6/2/2025 |
| Jul-25 | 11/27/2024 | 12/31/2024 | 1/31/2025 | 1/31/2025 | 3/7/2025 | 3/21/2025 | 4/18/2025 | 5/7/2025 | 6/4/2025 | 6/18/2025 | 7/7/2025 |
| Aug-25 | 12/18/2024 | 1/31/2025 | 2/28/2025 | 2/28/2025 | 4/4/2025 | 4/18/2025 | 5/16/2025 | 6/4/2025 | 7/2/2025 | 7/16/2025 | 8/4/2025 |
| Sep-25 | 1/22/2025 | 2/28/2025 | 3/31/2025 | 3/31/2025 | 5/2/2025 | 5/16/2025 | 6/13/2025 | 7/9/2025 | 8/6/2025 | 8/20/2025 | 9/8/2025 |
| Oct-25 | 2/26/2025 | 3/31/2025 | 4/30/2025 | 4/30/2025 | 6/6/2025 | 6/20/2025 | 7/18/2025 | 8/6/2025 | 9/3/2025 | 9/17/2025 | 10/6/2025 |
| Nov-25 | 3/26/2025 | 4/30/2025 | 5/30/2025 | 5/30/2025 | 7/3/2025 | 7/18/2025 | 8/15/2025 | 9/3/2025 | 10/1/2025 | 10/15/2025 | 11/3/2025 |
| Dec-25 | 4/23/2025 | 5/30/2025 | 6/30/2025 | 6/30/2025 | 8/1/2025 | 8/15/2025 | 9/12/2025 | 10/8/2025 | 11/5/2025 | 11/19/2025 | 12/1/2025 |
| Jan-26 | 5/28/2025 | 6/30/2025 | 7/31/2025 | 7/31/2025 | 9/5/2025 | 9/19/2025 | 10/17/2025 | 11/12/2025 | 12/10/2025 | 12/24/2025 | 1/5/2026 |
| Feb-26 | 6/25/2025 | 7/31/2025 | 8/29/2025 | 8/29/2025 | 10/3/2025 | 10/17/2025 | 11/14/2025 | 12/10/2025 | 1/7/2026 | 1/21/2026 | 2/2/2026 |
| Mar-26 | 7/23/2025 | 8/29/2025 | 9/3/2025 | 9/3/2025 | 11/7/2025 | 11/21/2025 | 12/19/2025 | 1/7/2026 | 2/4/2026 | 2/18/2026 | 3/2/2026 |
| Apr-26 | 8/27/2025 | 9/30/2025 | 10/31/2025 | 10/31/2025 | 12/5/2025 | 12/19/2025 | 1/16/2026 | 2/4/2026 | 3/4/2026 | 3/18/2026 | 4/6/2026 |
| May-26 | 9/24/2025 | 10/31/2025 | 11/28/2025 | 11/28/2025 | 1/2/2026 | 1/16/2026 | 2/13/2026 | 3/4/2026 | 4/1/2026 | 4/15/2026 | 5/4/2026 |
| Jun-26 | 10/22/2025 | 11/28/2025 | 12/31/2025 | 12/31/2025 | 2/6/2026 | 2/20/2026 | 3/20/2026 | 4/8/2026 | 5/6/2026 | 5/20/2026 | 6/1/2026 |
| Jul-26 | 11/26/2025 | 12/31/2025 | 1/30/2026 | 1/30/2026 | 3/6/2026 | 3/20/2026 | 4/17/2026 | 5/6/2026 | 6/3/2026 | 6/17/2026 | 7/6/2026 |
| Aug-26 | 12/24/2025 | 1/30/2026 | 2/27/2026 | 2/27/2026 | 4/3/2026 | 4/17/2026 | 5/15/2026 | 6/3/2026 | 7/1/2026 | 7/15/2026 | 8/3/2026 |
| Sep-26 | 1/28/2026 | 2/27/2026 | 3/31/2026 | 3/31/2026 | 5/1/2026 | 5/15/2026 | 6/12/2026 | 7/8/2026 | 8/5/2026 | 8/19/2026 | 9/14/2026 |
| Oct-26 | 2/25/2026 | 3/31/2026 | 4/30/2026 | 4/30/2026 | 6/5/2026 | 6/18/2026 | 7/17/2026 | 8/5/2026 | 9/2/2026 | 9/16/2026 | 10/5/2026 |
| Nov-26 | 3/25/2026 | 4/30/2026 | 5/29/2026 | 5/29/2026 | 7/2/2026 | 7/17/2026 | 8/14/2026 | 9/9/2026 | 10/7/2026 | 10/21/2026 | 11/2/2026 |
| Dec-26 | 4/22/2026 | 5/29/2026 | 6/30/2026 | 6/30/2026 | 8/7/2026 | 8/21/2026 | 9/18/2026 | 10/7/2026 | 11/4/2026 | 11/18/2026 | 12/7/2026 |