IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **REPRESENTATIVE DAWN KEEFER,** *et al.* | : : | |
| Plaintiffs | : : | No. 1:24-cv-00147 |
| v. | : : | Judge Wilson |
| **JOSEPH R. BIDEN,** *et al.* | : : | Electronically Filed Document |
| | : | *Complaint Filed 01/25/24* |
| Defendants | : | |

## ENTRY OF APPEARANCE

Please enter my appearance on behalf of Defendants Josh Shapiro, Albert Schmidt, and Jonathan Marks, in the above-captioned case.

                                                           **Respectfully submitted,**

                                                           **MICHELLE A. HENRY**
                                                           **Attorney General**

                                          **By:**   *s/ ERICH T. GREINER*
                                                           **ERICH T. GREINER**

| | |
|---|---|
| **Office of Attorney General** | **Deputy Attorney General** |
| **15th Floor, Strawberry Square** | **Attorney ID 331601** |
| **Harrisburg, PA 17120** | |
| **Phone: (717) 783-6301** | **KAREN M. ROMANO** |
| | **Chief Deputy Attorney General** |
| [egreiner@attorneygeneral.gov](mailto:egreiner@attorneygeneral.gov) | **Civil Litigation Section** |
| | |
| **Date: February 8, 2024** | **Counsel for Defendants Shapiro, Schmidt, and Marks** |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **REPRESENTATIVE DAWN KEEFER,** *et al.* | : : | |
| Plaintiffs | : : | No. 1:24-cv-00147 |
| v. | : : | Judge Wilson |
| **JOSEPH R. BIDEN,** *et al.* | : : | **Electronically Filed Document** *Complaint Filed 01/25/24* |
| Defendants | : | |

## CERTIFICATE OF SERVICE

I, Erich T. Greiner, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on February 8, 2024, I caused to be served a true and correct copy of the foregoing document titled *Entry of Appearance* to the following:

**VIA ELECTRONIC FILING**

| | |
|---|---|
| **Erick G. Kaardal, Esquire** | **Karen T. DiSalvo, Esquire** |
| Mohrman Kaardal & Erickson, PA | Election Research Institute |
| 150 South 5th Street, Suite 3100 | 1451 Quentin Road, Suite 232 |
| Minneapolis, MN 55402 | Lebanon, PA 17042 |
| kaardal@mklaw.com | kd@election-institute.com |
| *Counsel for Plaintiffs* | *Counsel for Plaintiffs* |

                                       *s/ ERICH T. GREINER*
                                       **ERICH T. GREINER**
                                       Deputy Attorney General