# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR :
ADMISSION TO PRACTICE IN THIS COURT :

## PETITION

I, **Patricia Nation**, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: 1001 Pennsylvania Ave NW

Suite 530

Washington, DC 20004

Office Telephone: 1 (202) 684-8361

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Arkansas Supreme Court - April 4, 1994

U.S. District Court for the Eastern District of Arkansas - November 22, 1994

U.S. District Court for the Western District of Arkansas - November 22, 1994

My attorney Identification number is: 94078

---

**FOR COURT USE ONLY**

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____  Date: _____

__x__ SPECIAL ADMISSION:

GRANTED BY THE COURT  s/ Jennifer P. Wilson   Date: 2/14/2024