**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF APPLICATION FOR        :
ADMISSION TO PRACTICE IN THIS COURT  :


**<u>PETITION</u>**


I, _____Jase Panebianco_____, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:          1001 Pennsylvania Ave NW
_____

Suite 530
_____

Washington, DC 20004
_____

Office Telephone:      1 (202) 684-8361
_____

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Virginia Supreme Court and all Lower Virginia Courts - October 14, 2022
_____

U.S. District Court for the Eastern District of Virginia - March 24, 2023
_____

U.S. District Court for the District of Colorado - May 10, 2023
_____

My attorney Identification number is:      Virginia Bar: 98341
_____

FOR COURT USE ONLY

_____GENERAL ADMISSION:

GRANTED BY THE COURT: _____      Date: _____

_____SPECIAL ADMISSION:

GRANTED BY THE COURT _____      Date:_____