UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR  :
ADMISSION TO PRACTICE IN THIS COURT  :

**PETITION**

I, Jessica Elizabeth Hart Steinmann, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: 1001 Pennsylvania Ave NW

Suite 530

Washington, DC 20004

Office Telephone: 1 (202) 684-8361

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

U.S. Supreme Court - 12/6/23; U.S. Circuit Courts Of Appeals - 8th, 6th, 5th (9/6/22);

U.S. District Courts-Colorado (5/10/23), Nebraska, N.D. Texas-2010, W.D. Texas-2010

Texas Supreme Court and Lower State Courts-5/1/2009; DC Bar 6/19/2020 (#1616893)

My attorney Identification number is: Texas Bar # 24067647

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____  Date: _____

__x__ SPECIAL ADMISSION:

GRANTED BY THE COURT  s/ Jennifer P. Wilson  Date: 2/14/2024