UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR  :
ADMISSION TO PRACTICE IN THIS COURT  :

### PETITION

I, _Richard Polk Lawson_, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: 1001 Pennsylvania Ave NW

Suite 530

Washington, DC 20004

Office Telephone: 1 (202) 684-8361

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

State Highest Ct.: Florida (April 1999); D.C. (August 2006); New York (Nov. 2006)

Federal Courts: S.D. Fla. (Jan. 2022); M.D. Fla. (Jan. 2022); D.Colo (May 2023)

9th Cir. (June 2022); 11th Cir. (Jan. 2022); SCOTUS (Feb. 2007)

My attorney Identification number is: Florida Bar #: 165085

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____   Date: _____

_x_ SPECIAL ADMISSION:

GRANTED BY THE COURT  s/ Jennifer P. Wilson   Date: 2/14/2024