The Honorable Ricardo Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASHINGTON ASSOCIATION OF CHURCHES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAM REED, in his official capacity as Secretary of State for the State of Washington, <br><br> Defendant. | NO. CV06-0726RSM <br><br> STIPULATED FINAL ORDER AND JUDGMENT |

WHEREAS, Plaintiffs Washington Association of Churches, et al. brought this action on May 24, 2006, alleging that Washington State's "matching" statute, RCW 29A.08.107, violates the Help America Vote Act of 2002, the Voting Rights Act, and the U.S. Constitution; and

WHEREAS, Plaintiffs moved for an order preliminarily enjoining enforcement of RCW 29A.08.107, and the parties each submitted certain evidence supported by declarations; and

STIPULATED FINAL ORDER AND
JUDGMENT — NO. CV06-0726RSM

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

Exhibit C

1   WHEREAS, the Court held oral argument on July 28, 2006; and

2   WHEREAS, on August 1, 2006, the Court issued an Order Granting Motion for
3   Preliminary Injunction; and

4   WHEREAS, pursuant to Rule 65(a)(2) of the Federal Rules of Civil Procedure, the
5   evidence received by the Court at the hearing on Plaintiffs' motion for a preliminary
6   injunction, as subsequently supplemented by later court order, would be admissible upon a
7   trial on the merits and would become part of the record on such a trial; and

8   WHERAS, following discussion and consideration, the parties mutually stipulate to
9   the entry of this Order;

10  NOW THEREFORE,

11  Pursuant to the stipulation of the parties, the Court hereby finds and ORDERS as
12  follows:

13  1. Defendant, his employees, agents, representatives and successors in office are
14  permanently enjoined from enforcing RCW 29A.08.107 in such a way that any application
15  for voter registration is denied solely on the basis of a failure to match a voter's driver's
16  license number, state identification card number, or last four digits of a social security
17  number with information on record with the state Department of Licensing or federal Social
18  Security Administration, including by enforcement of RCW 29A.08.107(2) and (3). This
19  Order does not require Defendant to tabulate ballots or count votes cast by such voters absent
20  the completion of a matching process or the receipt of alternative identification by no later
21  than the day before certification of election results by the county canvassing board.

22  In accordance with the foregoing:

23  a. If the Defendant matches an applicant's driver's license number, state
24      identification card number, or last four digits of his or her social security number
25      with the records of the state Department of Licensing or federal Social Security
26      Administration, with or without seeking additional information or clarification

STIPULATED FINAL ORDER AND JUDGMENT -- NO. CV06-0726RSM

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

Exhibit C

Exhibit C

1  from the voter, the voter shall be registered to vote, effective as of the date of the
2  submission or receipt of the original application, unless there exists a separate
3  basis for concluding that the voter is ineligible to vote independent of the
4  matching process;

5  b. If Defendant is unable to match an applicant's driver's license number, state
6  identification card number, or last four digits of his or her social security number,
7  but the applicant presents or submits to an election official an alternative form of
8  identification acceptable under RCW 29A.44.205, the voter shall be registered to
9  vote, effective as of the date of the submission or receipt of the original
10 application, unless there exists a separate basis for concluding that the voter is
11 ineligible to vote independent of the matching process;

12 c. If an applicant does not become registered to vote under either paragraph (1)(a) or
13 (1)(b) above, unless there exists a separate basis for concluding that the applicant
14 is ineligible to vote independent of the matching process, then the applicant shall
15 be provisionally registered to vote. All voters provisionally registered pursuant to
16 this paragraph shall be promptly notified in writing of this provisional status, of
17 the need to provide additional documents or information, and of the relevant
18 deadlines. They shall be included in the official rolls of registered voters
19 maintained by the state and in all electronic or paper copies used for election
20 administration purposes, but their provisional status may be flagged to indicate
21 that identification is still required before their votes may be counted. All voters
22 provisionally registered pursuant to this paragraph shall be permitted to cast a
23 ballot in any primary or election;

24 d. No ballot cast pursuant to paragraph (1)(c) above shall be tabulated or regarded as
25 containing valid votes for any office or measure until the Defendant receives
26 information or the voter presents or submits documentation sufficient to register

the voter as described in paragraph (1)(a) or (1)(b) above. The Defendant is not required to tabulate votes cast pursuant to paragraph (1)(c) above, or treat them as properly cast votes for any office or measure unless the Defendant receives information or the voter presents or submits documentation sufficient to register the voter as described in paragraph (1)(a) or (1)(b). Upon receipt of such information or documentation by an election official, the ballot shall be tabulated and the voter shall be registered as a fully active registered voter, effective as of the date of the submission or receipt of the original application.

 e. Nothing in this Order shall be construed to require the Defendant to maintain a voter in provisional status on the state's voter registration list after two federal general elections have been conducted since the date of the original application.

 2. This Order constitutes a final order and judgment pursuant to Rule 54 resolving the merits of this action. The parties stipulate to the entry of this Order in full and final resolution of all claims and issues presented in this action, except claims for costs and attorney fees. The parties mutually agree that they will not appeal this Stipulated Final Order and Judgment to any court. This Court retains jurisdiction of this action to enforce the terms of this Order, and to adjudicate claims for costs and attorney fees.

IT IS SO ORDERED.

DATED this _____ day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE

STIPULATED FINAL ORDER AND JUDGMENT -- NO. CV06-0726RSM   4   ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

Exhibit C

| | |
|---|---|
| 1 | SUBMITTED jointly this 15th day of March, 2007, by: |

| | |
|---|---|
| HILLIS CLARK MARTIN & PETERSON, P.S. | ROBERT M. MCKENNA ATTORNEY GENERAL |
| *[signature]* | *[signature]* |
| Louis D. Peterson, WSBA #5776<br>1221 Second Avenue, Suite 500<br>Seattle, WA 98101-2925<br>206-623-1745; 206-623-7789 (fax)<br>lpd@hcmp.com | James K. Pharris, WSBA # 5313<br>Jeffrey T. Even, WSBA # 20367<br>Deputy Solicitors General<br><br>Greg Overstreet, WSBA #26682<br>Special Assistant Attorney General |
| *Attorneys for Plaintiffs Washington Association of Churches, et al.* | 1125 Washington St. SE<br>PO Box 40100<br>Olympia, WA 98504-0100<br>(360) 664-3027<br>jamesp@atg.wa.gov |
| OF COUNSEL: | |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | *Counsel for Defendant* |
| Robert A. Atkins*<br>Evan Norris*<br>J. Adam Skaggs*<br>Patricia E. Ronan*<br>1285 Avenue of the Americas<br>New York, New York 10019-6064<br>(212) 373-3000<br>* Admitted *pro hac vice* | |
| BRENNAN CENTER FOR JUSTICE<br>AT NYU SCHOOL OF LAW<br><br>Wendy R. Weiser*<br>Justin Levitt*<br>161 Avenue of the Americas<br>12th Floor<br>New York, New York 10013<br>(212) 998-6730<br>* Admitted *pro hac vice* | |

STIPULATED FINAL ORDER AND JUDGMENT -- NO. CV06-0726RSM

5

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

Exhibit C