PRINTER'S NO. 172

## THE GENERAL ASSEMBLY OF PENNSYLVANIA

# SENATE BILL

## No. 40

Session of 2023

INTRODUCED BY HUGHES, SCHWANK, HAYWOOD, COLLETT, SANTARSIERO, FONTANA, FLYNN, DILLON, KANE, STREET, TARTAGLIONE, CAPPELLETTI, KEARNEY, COSTA, COMITTA AND SAVAL, JANUARY 31, 2023

REFERRED TO STATE GOVERNMENT, JANUARY 31, 2023

### AN ACT

1  Amending Title 25 (Elections) of the Pennsylvania Consolidated
2    Statutes, in preliminary provisions, further providing for
3    definitions; in registration system, further providing for
4    departmental responsibilities and for SURE system; in voter
5    registration, further providing for methods of voter
6    registration and for application with driver's license
7    application, providing for Commonwealth agencies and other
8    entities and further providing for preparation and
9    distribution of applications and for approval of registration
10   applications; and providing for privacy and security
11   standards for voter registration in this Commonwealth.

12    The General Assembly of the Commonwealth of Pennsylvania

13  hereby enacts as follows:

14    Section 1.  The definitions of "applicant," "registration

15  card" and "registration records" in section 1102 of Title 25 of

16  the Pennsylvania Consolidated Statutes are amended and the

17  section is amended by adding a definition to read:

18  § 1102.  Definitions.

19    Subject to additional definitions contained in subsequent

20  provisions of this part which are applicable to specific

21  provisions of this part, the following words and phrases when

Exhibit E

1  used in this part shall have the meanings given to them in this

2  section unless the context clearly indicates otherwise:

3  "Applicant."  An individual who is automatically registered

4  or who applies to be registered to vote as provided for in this

5  part.

6  * * *

7  "Employment or program application."  All of the following:

8      (1)  An application for employment filed with any of the

9  following:

10         (i)  The Bureau of State Employment.

11         (ii)  An independent agency of this Commonwealth.

12         (iii)  The State Civil Service Commission.

13     (2)  An application for any financial assistance,

14  compensation, benefit or service available, offered or to

15  which the individual is entitled pursuant to any program

16  administered by the following:

17         (i)  The Department of Aging.

18         (ii)  The Department of Health.

19         (iii)  The Department of Human Services.

20         (iv)  The Insurance Department.

21         (v)  The Department of Labor and Industry.

22         (vi)  The Department of Military and Veterans

23  Affairs.

24         (vii)  The Department of Revenue.

25         (viii)  The Treasury Department.

26         (ix)  The Pennsylvania Housing Finance Agency.

27         (x)  Any other offices in this Commonwealth that

28  provide public assistance or that provide State-funded

29  programs primarily engaged in providing services to low-

30  income individuals, the elderly or individuals with

Exhibit E

1    <u>disabilities.</u>

2    <u>(3)  An application for admission to a State-owned or</u>

3    <u>State-related institution of higher education in this</u>

4    <u>Commonwealth.</u>

5    <u>(4)  An application for financial assistance filed with</u>

6    <u>the Pennsylvania Higher Education Assistance Agency.</u>

7    * * *

8    "Registration card."  A registration record<u>, including an</u>

9    <u>electronic record,</u> containing all information required on the

10    registration application, including the elector's signature <u>or</u>

11    <u>electronic signature</u>, and suitable space for the insertion by

12    the appropriate official of the following information:

13    (1)  The ward and election district of residence.

14    (2)  The registrant's street address.

15    (3)  Data required to be given upon removal from the

16    registrant's residence.

17    (4)  The date of each election at which the registrant

18    votes.

19    (5)  The number and letter of the stub of the ballot

20    issued to the registrant or the registrant's number in the

21    order of admission to the voting machines.

22    (6)  The initials of the election officer who enters the

23    record of voting in the district register.

24    (7)  Whether the registrant needs assistance to vote and,

25    if so, the nature of the disability.

26    "Registration records."  The general register, district

27    register and any other record of registration<u>, including an</u>

28    <u>electronic record,</u> maintained by a commission. The term includes

29    any record maintained by the commission on the Statewide Uniform

30    Registry of Electors.

Exhibit E

```
 1    * * *

 2    Section 2.  Sections 1201, 1222(c)(8), 1321 and 1323 of Title

 3    25 are amended to read:

 4    § 1201.  Departmental responsibilities.

 5    The department shall do all of the following:

 6         (1)  Provide for applicants to submit their voter

 7    registration application to a commission, the Department of

 8    Transportation and other agencies designated in section 1325

 9    (relating to government agencies).

10         (2)  Prescribe a procedure for the return of completed

11    voter registration applications from and the schedule by

12    which the Department of Transportation, the Department of

13    [Public Welfare] Human Services, armed forces recruitment

14    centers, Offices of the Clerk of Orphan's Court and all other

15    offices authorized under [this part to the secretary or the

16    appropriate commission.] sections 1323 (relating to automatic

17    registration with driver's license application), 1325 and

18    1325.1 (relating to Commonwealth agencies and other entities)

19    to register individuals to vote shall provide to the

20    department electronic records containing the legal name, age,

21    residence and citizenship information for, and the electronic

22    signature of, each individual who meets qualifications

23    identified by the secretary by guideline for automatic

24    registration.

25         (3)  Develop, establish, implement and administer a

26    Statewide Uniform Registry of Electors in accordance with

27    Subchapter B (relating to Statewide Uniform Registry of

28    Electors (SURE)).

29         (4)  Promulgate regulations necessary to administer this

30    part.
```

Exhibit E

1  § 1222.  SURE system.

2  * * *

3  (c)  Requirements.--The SURE system shall be developed as a

4  single, uniform integrated computer system. All commissions

5  shall be connected electronically to the SURE system and shall

6  maintain their registration records in the system. The SURE

7  system shall, at a minimum, do all of the following:

8  * * *

9  (8)  Provide for the electronic transfer of <u>voter</u>

10  <u>registration information transmitted pursuant to section 1502</u>

11  <u>(relating to transfer of registration),</u> completed voter

12  registration applications and changes of address in

13  accordance with this part.

14  * * *

15  § 1321.  Methods of voter registration.

16  <u>(a)  Application.--</u>An individual qualified to register to

17  vote under section 1301(a) (relating to qualifications to

18  register) may apply to register [as follows] <u>in accordance with</u>:

19  (1)  [Under section] <u>Section</u> 1322 (relating to in-person

20  voter registration).

21  (2)  [Under section] <u>Section</u> 1323 (relating to

22  [application] <u>automatic registration</u> with driver's license

23  application).

24  (3)  [Under section] <u>Section</u> 1324 (relating to

25  application by mail).

26  (4)  [Under section] <u>Section</u> 1325 (relating to government

27  agencies).

28  <u>(b)  Automatic registration.--An individual qualified to</u>

29  <u>register to vote under section 1301(a) who applies for or uses</u>

30  <u>government services pursuant to section 1323 or 1325.1 (relating</u>

Exhibit E

1    to Commonwealth agencies and other entities) shall be registered

2    automatically unless an individual chooses not to register

3    automatically as provided for in this chapter.

4    § 1323.  [Application] Automatic registration with driver's

5           license application.

6    (a)  General rule.--

7        (1)  The Department of Transportation shall provide for

8    simultaneous [application for] voter registration in

9    conjunction with the process under 75 Pa.C.S. § 1510

10   (relating to issuance and content of driver's license). An

11   application under this subsection shall serve as an

12   application to register to vote unless the applicant fails to

13   sign the voter registration application.

14       (1.1)  The secretary shall prescribe a procedure and

15   schedule by which the Department of Transportation shall

16   collect voter information and provide to the department

17   electronic registration records containing the legal name,

18   age, residence and the electronic signature of each

19   individual who reports being a citizen of the United States,

20   is subject to penalties under 18 Pa.C.S. § 4904 (relating to

21   unsworn falsification to authorities) and meets

22   qualifications identified by the secretary. The secretary has

23   the primary responsibility for implementing and enforcing the

24   driver's license voter registration system created under this

25   section. The secretary, in consultation with the Secretary of

26   Transportation, may promulgate regulations for implementing

27   this section.

28       (1.2)  Upon receiving the electronic registration record

29   for, and electronic signature of, an individual described in

30   paragraph (1.1), the secretary shall provide the information

Exhibit E

1    to the commission in which the individual may be registered

2    as an elector under the laws of this Commonwealth and under

3    52 U.S.C. Ch. 205 (relating to national voter registration).

4    The commission shall provide each individual with the process

5    to:

6         (i)  Decline being registered as a voter.

7         (ii)  Adopt a political party affiliation, along with

8    information as to which elections require a political

9    party affiliation for participation.

10   (1.3)  If an individual notified under paragraph (1.2)

11   does not decline to be registered as an elector within 21

12   calendar days after the commission issues the notification,

13   the individual's electronic registration record and

14   electronic signature submitted under paragraph (1.1) shall

15   constitute a completed voter registration application for

16   purposes of this chapter. The individual shall be registered

17   to vote if the individual is eligible to vote under the laws

18   of this Commonwealth and is not already registered to vote.

19   (1.4)  An individual notified under paragraph (1.2) who

20   does not decline to be registered as an elector within 21

21   calendar days after the commission issues the notification

22   and does not adopt a political party affiliation shall be

23   required to adopt a political party affiliation prior to

24   voting at the next primary election at which the individual

25   exercises his or her right to vote. If no such political

26   affiliation is adopted, an individual shall be permitted to

27   vote at the next election that does not require a political

28   party affiliation to participate.

29   (1.5)  A commission may not send a ballot to, or add to

30   an elector registration list, an individual who does not have

Exhibit E

1   a completed registration under paragraph (1.2).

2       (2)   An application for voter registration or automatic

3   registration submitted to the Department of Transportation

4   under this subsection shall be considered as updating any

5   previous voter registration information by a registrant.

6       (3)   Any change of address submitted to the Department of

7   Transportation for the purposes of driver licensing or an

8   identification card under 75 Pa.C.S. § 1510 shall serve as

9   notification of change of address for voter registration for

10  the registrant involved unless the registrant indicates that

11  the change of address is not for voter registration purposes.

12  (b)   Process.--

13      (1)   The Department of Transportation shall both provide

14  for an application for voter registration as part of a

15  driver's license application[.] and collect voter

16  registration information as part of an application submitted

17  under 75 Pa.C.S. § 1510 by an individual who meets the

18  qualifications to register under section 1301(a) (relating to

19  qualifications to register).

20      (2)   The format of the driver's license/voter

21  registration application and information to be collected

22  shall be determined and prescribed by the secretary and the

23  Secretary of Transportation[.] and shall include all the

24  requirements of an official voter registration application

25  specified in section 1327 (relating to preparation and

26  distribution of applications).

27      (3)   The voter registration application portion of the

28  application shall contain all the requirements of an official

29  voter registration application specified in section 1327

30  [(relating to preparation and distribution of applications)].

Exhibit E

1    The voter registration portion of the application:

2         (i)  may not require any information that duplicates

3         information required in the driver's license portion of

4         the form, other than a second signature; and

5         (ii)  may require only the minimum amount of

6         information necessary to prevent duplicate voter

7         registration, to enable the commission to assess the

8         eligibility of the applicant and to administer voter

9         registration and other parts of the election process.

10   (c)  Transmission.--

11        (1)  The Department of Transportation shall forward

12   completed applications or contents of the completed voter

13   registration applications in machine-readable format to the

14   department by the close of registration for the ensuing

15   election. The Department of Transportation shall forward the

16   electronic registration record containing the information set

17   forth in subsection (a)(1.1) to the secretary as prescribed

18   by section 1201(2) (relating to departmental

19   responsibilities) regarding an individual who reports being a

20   citizen of the United States, subject to penalties under 18

21   Pa.C.S. § 4904.

22        (2)  [The] Upon receipt, the department shall transmit

23   the material to the appropriate commission within ten days

24   after the date of its receipt by the Department of

25   Transportation. If a voter registration application is

26   received by the Department of Transportation within five days

27   before the last day to register before an election, the

28   application shall be transmitted to the appropriate

29   commission not later than five days after the date of its

30   receipt by the Department of Transportation.

Exhibit E

1    (3)  <u>(i)</u>  Upon receipt of the completed voter

2    registration information from the department, the

3    commission shall make a record of the date of the receipt

4    of the application <u>or electronic registration record</u> and

5    process the application. No applicant shall be deemed

6    eligible to vote until the commission has received and

7    approved the application. <u>Upon receipt of an electronic</u>

8    <u>registration record from the department, the commission</u>

9    <u>shall notify the individual of the process to:</u>

10        <u>(A)  Decline being registered as a voter.</u>

11        <u>(B)  Adopt a political party affiliation, along</u>

12        <u>with information as to which elections require a</u>

13        <u>political party affiliation for participation.</u>

14    <u>(ii)  If an individual notified under subparagraph</u>

15    <u>(i) does not decline to be registered as an elector</u>

16    <u>within 21 calendar days after the commission issues the</u>

17    <u>notification, the individual's electronic record and</u>

18    <u>electronic signature submitted under paragraph (1) shall</u>

19    <u>constitute a completed voter registration application for</u>

20    <u>purposes of this chapter. The individual shall be</u>

21    <u>registered to vote if the individual is eligible to vote</u>

22    <u>under the laws of this Commonwealth and is not already</u>

23    <u>registered to vote.</u>

24    <u>(iii)  A commission may not send a ballot to, or add</u>

25    <u>to an elector registration list, an individual who does</u>

26    <u>not have a completed voter registration under</u>

27    <u>subparagraph (ii).</u>

28    (3.1)  After the Department of Transportation is

29    connected to the SURE system and notwithstanding paragraphs

30    (1), (2) and (3), the Department of Transportation shall

Exhibit E

1    transmit electronically the contents of a completed voter

2    registration application within five days of receipt of the

3    application. <u>The Department of Transportation shall transmit</u>

4    <u>the electronic registration records of individuals who have</u>

5    <u>reported, subject to penalties under 18 Pa.C.S. § 4904, that</u>

6    <u>the individual is a citizen of the United States and shall</u>

7    <u>contain the information in subsection (a)(1.1) within 24</u>

8    <u>hours of collection of the information.</u> Upon receipt of the

9    information from the Department of Transportation, a

10   commission shall<u>, in the case of an application,</u> make a

11   record of the date of the receipt of the application and

12   process the application in accordance with section 1328

13   (relating to approval of registration applications) <u>or, in</u>

14   <u>the case of an electronic registration record, proceed in</u>

15   <u>accordance with paragraph (3)</u>. If the commission of the

16   county of residence has not been connected to the SURE

17   system, the Department of Transportation shall forward the

18   completed application or contents of the completed

19   application <u>or the electronic registration record</u> to the

20   department in accordance with paragraph (1). No applicant

21   shall be deemed eligible to vote until the commission has

22   received and approved an application in accordance with

23   section 1328.

24        (4)  Changes of address shall comply with the following:

25             (i)  Before the Department of Transportation is

26        connected to the SURE system, the Department of

27        Transportation shall notify the department of changes of

28        address received under subsection (a)(3). The department

29        shall notify the commission of the county of the

30        registrant's former residence. After the Department of

Exhibit E

1      Transportation is connected to the SURE system, the
2      Department of Transportation shall notify the commission
3      of the county of the registrant's former residence. If
4      the registrant has moved to an address outside this
5      Commonwealth, the commission shall verify the address
6      change in accordance with section 1901 (relating to
7      removal of electors). Except as provided in subparagraph
8      (ii), if the registrant confirms in accordance with
9      section 1901(d) that he has moved to another county, the
10     commission shall cancel the registration and forward the
11     registrant's registration information to the commission
12     of the registrant's new county of residence. Except as
13     provided in subparagraph (ii), if the registrant has
14     moved to an address within the commission's jurisdiction,
15     the commission shall promptly update the registration
16     record of the registrant in accordance with section 1328.
17     All changes of address received by the Department of
18     Transportation under this section at least 30 days before
19     an election must be processed by the commission for the
20     ensuing election. For the purpose of this paragraph, the
21     term "registration information" means the registration
22     card and any other record of registration maintained by a
23     commission.

24         (ii)  In the case of changes of address received by
25     the Department of Transportation which do not contain a
26     signature of the registrant, the commission receiving the
27     change of address notification shall mail a notice to the
28     registrant at the new residence address requesting
29     verification of the address change. If the change of
30     address is to a new residence outside the commission's

Exhibit E

1   jurisdiction, the commission shall mail the following

2   notice:

3   Date.................

4           Office of the Registration Commission

5              ......... County, Pennsylvania

6      ....... (Address and Telephone No. of County)

7   We have been notified by the Department of Transportation

8   that you recently changed your address

9   from ................ (old residence address)

10  to .............. (new residence address) and that this

11  change of address is to serve as a change of address for

12  voter registration purposes. Unless you notify this

13  office within ten days from the date of this notice that

14  this information is not correct, your voter registration

15  will be transferred to ........ County. You may notify

16  this office by writing your residence address, the date

17  and your signature on the bottom of this form and mailing

18  this notice to this office. You need not notify this

19  office if this information is correct.

20                          ...........................

21                          Chief Clerk

22  If the address change is within the commission's

23  jurisdiction, the commission shall mail a voter's

24  identification card to the registrant at the new

25  residence address.

26     (iii)  If the registrant does not return the notice

27  under subparagraph (ii) within the ten-day period, the

28  commission shall process the change of address according

29  to subparagraph (i). If the registrant notifies the

30  commission that the information is incorrect and the

Exhibit E

1    commission is satisfied with the registrant's explanation

2    of the discrepancy, the address of the registrant's

3    registration shall remain unchanged. If the verification

4    notification or voter identification card is returned by

5    the post office as undeliverable as addressed or with a

6    forwarding address, the commission shall send a

7    confirmation notice to the registrant's address of former

8    residence in accordance with section 1901(d)(2).

9    (5)  Upon notification and confirmation of any change of

10   address, a commission shall promptly update information

11   contained in its registration record.

12   (d)  Prohibition.--[An] The Department of Transportation may

13  not register to vote under this section an individual who is not

14  a qualified elector [is ineligible to register to vote under

15  this section].

16  (e)  Effect.--Failure to properly complete a voter

17  registration application or refusal to provide voter

18  registration information shall not affect the validity of an

19  application for a driver's license, a renewal application or an

20  identification card application.

21  (f)  Use of information.--No information regarding a

22  declination to register to vote in connection with an

23  application [made] submitted or not submitted if an individual

24  has not certified that the individual is a citizen of the United

25  States, subject to penalties under 18 Pa.C.S. § 4904, under this

26  section may be used for any purpose other than voter

27  registration.

28  (g)  Staff.--Agents and employees working on behalf of the

29  Department of Transportation assisting in the completion of

30  voter registration applications or collecting voter registration

Exhibit E

1  <u>information under this section</u> shall conduct themselves in a

2  manner consistent with the following principles:

3  　　　(1)  They shall not seek to influence an applicant's

4  　　political preference or party registration or display

5  　　political preference or party allegiance.

6  　　　(2)  They shall not make a statement to an applicant or

7  　　take an action the purpose or effect of which is to

8  　　discourage the applicant from registering to vote <u>or </u>

9  　　<u>providing voter registration information</u>.

10  　　　(3)  Applicants wishing to register to vote under this

11  　　section shall be given the same degree of assistance with the

12  　　voter registration application as with all other Department

13  　　of Transportation forms.

14  Agency employees who violate this subsection <u>or who fail to </u>

15  <u>collect the information required under subsection (a)(1.1) or </u>

16  <u>fail to forward the information to the department or the SURE </u>

17  <u>system</u> shall be removed from employment, provided that the

18  agency at its discretion may impose a penalty of suspension

19  without pay for at least 30 days, but not more than 120 days, if

20  it finds that the violation does not warrant termination.

21  　　Section 3.  Title 25 is amended by adding a section to read:

22  <u>§ 1325.1.  Commonwealth agencies and other entities.</u>

23  　<u>(a)  Administration.--The secretary shall administer a system </u>

24  <u>whereby each individual submitting an employment or program </u>

25  <u>application shall provide for simultaneous voter registration in </u>

26  <u>conjunction with an employment or program application filed with </u>

27  <u>the agency or entity.</u>

28  　<u>(b)  Procedure.--The secretary shall prescribe a procedure </u>

29  <u>and schedule by which each entity under this section shall </u>

30  <u>provide to the department electronic records containing the </u>

Exhibit E

1  legal name, age, residence and citizenship information for, and
2  the electronic signature of, each individual who has certified
3  that the individual is a citizen of the United States, subject
4  to penalties under 18 Pa.C.S. § 4904 (relating to unsworn
5  falsification to authorities), and any other information
6  required under this chapter.
7  (c)  Effect.--Refusal to provide voter registration
8  information shall not affect the validity of an employment or
9  program application, consideration of the application or
10 eligibility for any financial assistance, compensation, benefit
11 or service available, offered or to which the individual is
12 entitled pursuant to any program.
13 (d)  Staff.--
14 (1)  Agency or entity employees collecting voter
15 registration information under this section shall conduct
16 themselves in a manner consistent with the following
17 principles:
18 (i)  The employee may not seek to influence an
19 applicant's political preference or party registration or
20 display political preference or party allegiance.
21 (ii)  The employee may not make a statement to an
22 applicant or take an action the purpose of or effect of
23 which is to discourage the applicant from providing voter
24 registration information.
25 (iii)  The employee may not make a statement to an
26 applicant or take an action the purpose of or effect of
27 which is to lead the applicant to believe that refusing
28 to provide voter registration information has any bearing
29 on the application, including its consideration, the
30 likelihood of employment or, in the case of an

Exhibit E

1    application to a State-owned or State-related university,

2    acceptance, or the availability of services or benefits.

3       (2)  Agency or entity employees who violate this

4    subsection, who fail to collect the information required

5    under subsection (b) or fail to forward the information to

6    the department shall be removed from employment, except that

7    the agency or entity at its discretion may impose a penalty

8    of suspension without pay for at least 30 days, but not more

9    than 120 days, if it finds that the violation does not

10   warrant termination.

11   (e)  Encouraging registration.--Agencies and entities subject

12   to this section must provide reasonable space for nonpartisan

13   signs or posters advising individuals of automatic voter

14   registration. The signs and posters shall be provided by the

15   secretary.

16   (f)  Transmission.--The following shall apply:

17      (1)  Agencies and entities subject to this section shall

18   forward the electronic registration record of individuals who

19   certify that the individual is a citizen of the United

20   States, subject to penalties under 18 Pa.C.S. § 4904,

21   containing the information in subsection (b) to the secretary

22   as prescribed by section 1201(2) (relating to departmental

23   responsibilities).

24      (2)  Upon receipt, the department shall transmit the

25   material to the appropriate commission.

26      (3)  Upon receipt of the electronic record from the

27   department, the commission shall notify the individual of the

28   process to:

29         (i)  Decline being registered as a voter.

30         (ii)  Adopt a political party affiliation, along with

Exhibit E

1      information as to which elections require a political

2      party affiliation for participation.

3      (4)  The individual's electronic record and electronic

4   signature submitted under paragraph (1) shall constitute a

5   completed voter registration card for purposes of this

6   chapter. The individual shall be registered to vote if the

7   individual is eligible to vote under the laws of this

8   Commonwealth and is not already registered to vote.

9      (5)  An individual notified under paragraph (3) who does

10  not decline to be registered as an elector within 21 calendar

11  days after the commission issues the notification and does

12  not adopt a political party affiliation shall be required to

13  adopt a political party affiliation prior to voting at the

14  next primary election at which the individual exercises the

15  individual's right to vote. If no such political affiliation

16  is adopted, an individual shall be permitted to vote at the

17  next election that does not require a political party

18  affiliation to participate.

19     (6)  A commission may not send a ballot to, or add to an

20  elector registration list, an individual who does not have a

21  completed voter registration pursuant to paragraph (4).

22  (g)  Confidentiality.--The identity of an agency or entity

23 through which a particular voter is registered in accordance

24 with this section may not be disclosed to the public.

25  (h)  Use of information.--No information relating to voter

26 registration collected by agencies or entities, including, but

27 not limited to, an individual's citizenship status under this

28 section or information relating to an individual's election to

29 decline to register as a voter may be used for a purpose other

30 than voter registration.

Exhibit E

1    (i)   Regulation.--The secretary shall promulgate regulations

2  regarding the maintenance and destruction of forms used pursuant

3  to this section.

4    Section 4.   Sections 1327(a)(3) and (4) and (b)(3) and

5  1328(b) and (c)(1) and (2) of Title 25 are amended to read:

6  § 1327.   Preparation and distribution of applications.

7    (a)   Form.--

8       * * *

9       (3)   Any person who assists in the completion of the

10  registration application shall sign the application and

11  indicate the person's address. In the case of those

12  [registering] automatically registered electronically under

13  [sections] section 1323 (relating to [application] automatic

14  registration with driver's license application) [and], 1325

15  (relating to government agencies) or 1325.1 (relating to

16  Commonwealth agencies and other entities), the person

17  providing assistance shall insert the person's initials or

18  employee or agent identification number on a separate or

19  detachable portion of the application or the computer data

20  file.

21      (4)   A voter registration application shall be printed on

22  stock of good quality and shall be of suitable uniform size.

23  Nothing in this part shall prohibit the design and use of an

24  electronic voter registration application which includes the

25  applicant's digitized or electronic signature. The

26  registration application shall contain the following

27  information; however, the information may be provided on a

28  separate form for automatic voter registration made under

29  section 1323 [or], 1325 or 1325.1:

30          (i)   Notice that a registered elector does not need

1     to reregister unless the registered elector has moved.

2          (ii)   Instructions on how to fill out and submit the

3     application and notification of when the application must

4     be submitted to a voter registration office in order to

5     be registered for the ensuing election.

6          (iii)   Notice that the applicant must be a citizen of

7     the United States for at least one month prior to the

8     next election and a resident of this Commonwealth and the

9     election district for at least 30 days and must be at

10    least 18 years of age by the day of the next ensuing

11    election and has not been confined in a penal institution

12    for a conviction of a felony within the last five years.

13    The notice required in this subparagraph shall be in

14    print identical to the declaration under subsection (b).

15         (iv)   Notice that political party enrollment is

16    mandatory to vote in a primary election of a political

17    party.

18         (v)    [Notice] For a paper application, notice that

19    the commission will mail by nonforwardable mail to the

20    applicant a voter's identification card upon acceptance

21    of the application and that the applicant should contact

22    the commission if the identification card is not received

23    within 14 days from the date the application is sent to

24    the registration office.

25         (v.1)  For automatic registration under section 1323,

26    1325 or 1325.1, notice that the commission will notify

27    the individual of the registration and that if the

28    individual does not decline to be registered as an

29    elector within 21 calendar days after the commission

30    issues the notification, the individual's electronic

Exhibit E

1    <u>record and electronic signature submitted under paragraph</u>

2    <u>(1) shall constitute a completed voter registration card</u>

3    <u>for purposes of this chapter.</u>

4        (vi)  Notice that registration is not complete until

5    the application is processed and accepted by the

6    commission.

7        (vii)  A warning to the applicant that making a false

8    registration or furnishing false information is perjury.

9    The notice required in this subparagraph shall be in

10   print identical to the declaration under subsection (b).

11       (viii)  Instructions to Federal or State employees

12   who wish to retain voting residence in county of last

13   residence to so indicate on the application.

14       (ix)  Notice that, if an individual declines to

15   register to vote, the fact that the individual has

16   declined to register will remain confidential and will be

17   used only for voter registration purposes. The notice

18   required in this subparagraph shall be in print identical

19   to the declaration under subsection (b).

20       (x)  Notice that, if an individual does register to

21   vote, the office at which the individual submits a voter

22   registration application <u>or was automatically registered</u>

23   will remain confidential and will be used for voter

24   registration purposes only. The notices required in this

25   subparagraph shall be in print identical to the

26   declaration in subsection (b).

27       * * *

28  (b)  Registration declaration.--

29       * * *

30       (3)  The registration declaration shall contain the

Exhibit E

 1  printed name and signature of the applicant and the date of

 2  signing. An applicant unable to sign the voter registration

 3  application shall make a mark before a person of the

 4  applicant's choice other than the applicant's employer or an

 5  agent of the applicant's union. The person shall insert the

 6  person's name, address and telephone number. If the person is

 7  an employee or agent of the Department of Transportation or

 8  another agency as provided under section 1325 and is

 9  assisting the applicant in an official capacity, the employee

10  or agent shall insert the initials and identification number

11  of the employee or agent. In the case of applicants

12  registering under section 1323 or 1325, the person providing

13  assistance shall insert initials or employee or agent

14  identification number on [a separate or detachable portion of

15  the application or] the computer data file.

16       * * *

17  § 1328.  Approval of registration applications.

18  * * *

19  (b)   Decision.--A commission shall do one of the following:

20       (1)   Record and forward a voter registration application

21  to the proper commission if the commission finds during its

22  examination under subsection (a) that the applicant does not

23  reside within the commission's county but resides elsewhere

24  in this Commonwealth.

25       (2)   Reject a voter registration application or an

26  electronic voter registration record transferred under

27  section 1323 (relating to automatic registration with

28  driver's license application), 1325 (relating to government

29  agencies) or 1325.1 (relating to Commonwealth agencies and

30  other entities), indicate the rejection and the reasons for

Exhibit E

1   the rejection on the application <u>or electronic voter</u>

2   <u>registration record</u> and notify the applicant by first class

3   nonforwardable mail, return postage guaranteed of the

4   rejection and the reason if the commission finds during its

5   examination under subsection (a) any of the following:

6       (i)  The application <u>or electronic registration</u> was

7       not properly completed and, after reasonable efforts by

8       the commission to ascertain the necessary information,

9       the application <u>or electronic registration</u> remains

10       incomplete or inconsistent.

11       (ii)  The applicant is not a qualified elector.

12       (iii)  The applicant is not entitled to a transfer of

13       registration or a change of address.

14       (iv)  The applicant is not legally qualified for a

15       change of name.

16   A rejection shall be made no later than ten days before the

17   election succeeding the filing of the application.

18   (3)  Process a voter registration application <u>or</u>

19   <u>electronic registration</u> in accordance with subsection (c) if

20   the commission finds during its examination under subsection

21   (a) all of the following:

22       (i)  The application <u>or electronic registration</u>

23       requests registration.

24       (ii)  The application <u>or electronic registration</u>

25       contains the required information indicating that the

26       applicant is a qualified elector of the county.

27   (4)  Process a voter registration application <u>or</u>

28   <u>electronic registration</u> in accordance with subsection (c) and

29   update its registration records if the commission finds

30   during its examination under subsection (a) all of the

Exhibit E

1    following:

2        (i)  The application <u>or electronic registration</u>

3        requests registration.

4        (ii)  The application <u>or electronic registration</u>

5        contains the required information indicating that the

6        applicant is a qualified elector of the county.

7        (iii)  The applicant is currently a registered

8        elector of the county.

9    (5)  Process a voter registration application <u>or</u>

10   <u>electronic registration</u> in accordance with subsection (c) and

11   request transfer of registration records in accordance with

12   subsection (d) if the commission finds during its examination

13   under subsection (a) all of the following:

14       (i)  The application <u>or electronic registration</u>

15       requests registration.

16       (ii)  The application <u>or electronic registration</u>

17       contains the required information indicating that the

18       applicant is a qualified elector of the county.

19       (iii)  The applicant is currently a registered

20       elector of another county.

21   (6)  Process a voter registration application <u>or</u>

22   <u>electronic registration</u> in accordance with subsection (c) and

23   request transfer of registration records in accordance with

24   subsection (d) if the commission finds during its examination

25   under subsection (a) all of the following:

26       (i)  The application <u>or electronic registration</u>

27       requests a transfer of registration.

28       (ii)  The application <u>or electronic registration</u>

29       contains the required information indicating that the

30       applicant is a qualified elector of the county.

Exhibit E

1      (iii)  The applicant is currently a registered

2    elector of another county.

3      (7)  Process a voter registration application or

4    electronic registration in accordance with subsection (c) and

5    update its registration if the commission finds during its

6    examination under subsection (a) all of the following:

7      (i)  The application or electronic registration

8    requests a change of address.

9      (ii)  The application or electronic registration

10   contains the required information indicating that the

11   applicant is a qualified elector of the county.

12      (iii)  The applicant is currently a registered

13   elector of the county.

14      (8)  Process a voter registration application or

15   electronic registration in accordance with subsection (c) and

16   update its registration records if the commission finds

17   during its examination under subsection (a) all of the

18   following:

19      (i)  The application or electronic registration

20   requests a change of name.

21      (ii)  The applicant is legally qualified to a change

22   of name.

23      (iii)  The application or electronic registration

24   contains the required information indicating that the

25   applicant is a qualified elector of the county.

26      (iv)  The applicant is currently a registered elector

27   of the county.

28 (c)  Processing of voter registration.--

29      (1)  When a commission has accepted a voter registration

30   application or electronic registration under subsection (b)

Exhibit E

1    (3), the commission shall assign each applicant a unique
2    identification number in the SURE system. [The] Except as
3    provided in section 1323(c)(3)(ii), 1325(f) or 1325.1(f)(4),
4    the commission shall mail a wallet-sized voter's
5    identification card to the individual by first class
6    nonforwardable mail, return postage guaranteed, which shall
7    serve as notice of the acceptance of the application. The
8    card shall contain all of the following:
9              (i)   Name and address of the individual.
10             (ii)  Name of municipality of residence.
11             (iii)  Identification of the individual's ward and
12       district.
13             (iv)  The effective date of registration.
14             (v)   Designation of party enrollment and date of
15       enrollment.
16             (vi)  A space for the individual's signature or mark.
17             (vii)  The unique identification number of the
18       individual.
19             (viii)  A statement that the individual must notify
20       the commission within ten days from the date it was
21       mailed if any information on the card is incorrect;
22       otherwise, the information shall be deemed correct for
23       voter registration purposes.
24    (2)   When a commission has accepted a voter registration
25    application under subsection (b)(4), (5), (6), (7) or (8),
26    except as provided in section 1323(c)(3)(ii), 1325(f) or
27    1325.1(f)(4), the commission shall mail a wallet-sized
28    voter's identification card to the individual by first class
29    nonforwardable mail, return postage guaranteed, which shall
30    serve as notice of the acceptance of the application. The

Exhibit E

1    card shall contain all of the following:

2        (i)  Name and address of the individual.

3        (ii)  Name of municipality of residence.

4        (iii)  Identification of the individual's ward and

5    district.

6        (iv)  The effective date of registration.

7        (v)  Designation of party enrollment and date of

8    enrollment.

9        (vi)  A space for the individual's signature or mark.

10        (vii)  The SURE registration number of the

11    individual.

12        (viii)  A statement that the individual must notify

13    the commission within ten days from the date it was

14    mailed if any information on the card is incorrect;

15    otherwise, the information shall be deemed correct for

16    voter registration purposes.

17    * * *

18    Section 5.  Title 25 of the Pennsylvania Consolidated

19  Statutes is amended by adding a chapter to read:

20               CHAPTER 20

21        PRIVACY AND SECURITY STANDARDS

22  Sec.

23  2001.  Establishment of privacy and security standards.

24  2002.  Regulations, policies and enforcement procedures.

25  2003.  Recordkeeping.

26  2004.  Protections against liability.

27  2005.  Protections against misuse of information.

28  § 2001.  Establishment of privacy and security standards.

29    The secretary shall establish standards and procedures to

30  safeguard the privacy of the residents of this Commonwealth and

Exhibit E

1  the integrity and security of the information on the Statewide

2  voter registration database.

3  § 2002.  Regulations, policies and enforcement procedures.

4      (a)  Regulations.--The secretary shall promulgate regulations

5  regarding privacy and security policies specifying each class of

6  users who shall have authorized access to the Statewide voter

7  registration database, specifying for each class the permissions

8  and levels of access to be granted, and providing for other

9  safeguards to protect the privacy and security of the

10  information on the Statewide voter registration database. The

11  regulations shall:

12      (1)  prohibit public disclosure of certain voter

13  information, including the source for a voter's registration

14  and any information not necessary to voter registration;

15      (2)  protect against public disclosure of Social Security

16  numbers, driver's license numbers and signatures;

17      (3)  prohibit public disclosure of an individual's

18  decision not to register to vote;

19      (4)  prohibit Commonwealth agencies from transmitting to

20  election officials information other than that required for

21  voter registration or specific information relevant to the

22  administration of elections, including language preferences

23  and demographic information; and

24      (5)  prohibit the disclosure of information relating to

25  individuals in categories designated confidential by Federal

26  or State law, including victims of domestic violence or

27  stalking, prosecutors and law enforcement personnel and

28  participants in a witness protection program.

29      (b)  Unauthorized access prohibited.--The secretary shall

30  establish policies and enforcement procedures to prevent

Exhibit E

1 unauthorized access to the Statewide voter registration database

2 and to any list provided by a source or list maintenance source.

3    (c)   Interagency transfers.--The secretary shall establish

4 policies and enforcement procedures to maintain security during

5 interagency transfers of information on the Statewide voter

6 registration database. A source agency participating in an

7 interagency transfer of information shall facilitate and comply

8 with the policies. Nothing in this subsection may be construed

9 to prohibit a source agency from establishing and enforcing

10 additional security measures to protect the confidentiality and

11 integrity of interagency data transfers.

12    (d)   Records retention.--The Secretary of the Commonwealth

13 shall establish standards and procedures to maintain all

14 election records required under law, including election records

15 used for the purpose of determining the eligibility of

16 individuals casting provisional ballots. Records for individuals

17 who have been retained on the Statewide voter registration

18 database but are identified as ineligible to vote within this

19 Commonwealth, or removed from the Statewide voter registration

20 database due to ineligibility, shall be maintained and kept

21 available until at least the date of the second general election

22 that occurs after the date that the individual was identified as

23 ineligible.

24 § 2003.  Recordkeeping.

25    (a)   Report.--The secretary shall produce an annual public

26 report for submission to the General Assembly, including:

27       (1)   the number of records that have been transferred

28 under law, by source;

29       (2)   the number of individuals newly added to the

30 Statewide voter registration database because of records

Exhibit E

1    transferred under this part, by source;

2        (3)  the number of individuals on the Statewide voter

3    registration database whose information was updated because

4    of records transferred under this part, by source;

5        (4)  the number of records that do not relate to

6    individuals affirmatively identified as eligible to vote

7    transferred under this part, by source;

8        (5)  the number of individuals who opted out of voter

9    registration;

10       (6)  the number of individuals who submit requests to

11   update or correct voter registration information through the

12   SURE system, by the type of information updated;

13       (7)  the number of individuals who submit voter

14   registration forms using the online procedure; and

15       (8)  the number of individuals who correct voter

16   registration information using the election day procedure.

17   (b)  Race analysis.--In preparing the report under subsection

18   (a), the secretary shall, for each category of information

19   described under subsection (a), include an analysis of the race

20   of the individuals, to the extent that information on the race

21   of the individuals is available to the secretary.

22   (c)  Confidentiality.--The report under subsection (a) shall

23   exclude any information that reveals an individual's identity.

24   § 2004.  Protections against liability.

25   Any individual who is not eligible to vote and who becomes

26   registered under law may not be found on that basis to have made

27   a false claim to citizenship or to have committed an act

28   involving moral turpitude, unless the individual signs a

29   document that affirmatively asserts that the individual is a

30   United States citizen after the date on which the individual is

Exhibit E

1  registered to vote in this Commonwealth. If an individual who is

2  not eligible to vote becomes registered under law without

3  affirmatively accepting registration, that individual's voter

4  registration shall be considered to have official authorization

5  to vote in this Commonwealth.

6  § 2005.  Protections against misuse of information.

7      (a)  Registration use prohibited.--A person may not use the

8  Statewide voter registration database to attempt to determine

9  the citizenship status of any individual for any purpose other

10  than voter registration, election administration or the

11  enforcement of the laws of this Commonwealth against crimes

12  pertaining to elections.

13      (b)  Information use prohibited.--Information relating to an

14  individual's absence from the Statewide voter registration

15  database or an individual's refusal to supply information for

16  voter registration purposes at a source may not be disclosed to

17  the public or used for any purpose other than voter

18  registration, election administration or the enforcement of the

19  laws of this Commonwealth against crimes pertaining to

20  elections.

21      (c)  Nondiscrimination.--A person may not discriminate

22  against any individual on the basis of the individual's absence

23  from the Statewide voter registration database, the information

24  supplied by the individual for voter registration purposes at a

25  source or the individual's refusal to supply the information,

26  except as required to administer elections or enforce the laws

27  of this Commonwealth against crimes pertaining to elections.

28      Section 6.  This act shall take effect in 60 days.

Exhibit E