IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAWN KEEFER, et al., | Civil No. 1:24-CV-00147 |
| Plaintiff, | |
| | Judge Jennifer P. Wilson |
| v. | |
| JOSEPH R. BIDEN, et al., | **MOTION FOR PRELIMINARY INJUNCTION** |
| Defendants. | |

Plaintiffs-Representatives Dawn Keefer, Timothy Bonner, Barry Jozwiak, Barbara Gleim, Joseph Hamm, Wendy Fink, Robert Kauffman, Stephanie Borowicz, Donald (Bud) Cook, Paul (Mike) Jones, Joseph D'orsie, Charity Krupa, Leslie Rossi, David Zimmerman, Robert Leadbeter, Daniel Moul, Thomas Jones, David Maloney, Timothy Twardzik, David Rowe, Joanne Stehr, Aaron Berstine, Kathy Rapp, Jill Cooper, Marla Brown, Mark Gillen and Plaintiff-Senator Cris Dush, by and through undersigned counsel, hereby move this Court for preliminary injunction as set out below and for the reasons set out in the accompanying Memorandum and Amended Complaint for Declaratory and Injunctive Relief. Fed. R. Civ. P. 65(a).

As set out more fully in the Memorandum and Amended Complaint, Plaintiffs claim violations of their federal rights under the Elections Clause and the Electors Clause when nonlegislative officials create, rewrite, or disregard election laws established by the legislature.

Plaintiffs submit that they meet the standards for a preliminary injunction, i.e., they have probable success on the merits, they will be irreparably harmed, others will not be

substantially harmed, the public interest will be served, and there is no adequate remedy at law.

Pursuant to Local Rule of Civil Procedure 7(m), Plaintiffs have communicated with Deputy Attorney General Erich T. Greiner. And, no other attorneys have appeared for defendants yet. There is no agreement yet on this motion.

Because a preliminary injunction presents no monetary risks to the Defendants, Plaintiffs request that no bond be required. Fed. R. Civ. P. 65(c).

For the reasons stated in the accompanying Memorandum and Amended Complaint, Plaintiffs pray that the Court grant this motion and preliminarily enjoin the Defendants.

Oral argument is requested on this motion because of the complex legal arguments involved in this case.

| | |
|---|---|
| Dated: February 16, 2024 | /s/Erick Kaardal<br>By: Erick G. Kaardal (MN No. 229647)<br>Mohrman, Kaardal & Erickson, P.A.<br>150 South Fifth Street, Suite 3100<br>Minneapolis, Minnesota 55402<br>(612) 341-1074<br>kaardal@mklaw.com |
| Dated: February 16, 2024 | /s/Karen DiSalvo<br>By: Karen DiSalvo (PA No. 80309)<br>Mohrman, Kaardal & Erickson, P.A.<br>Election Research Institute<br>1451 Quentin Road, Suite 232<br>Lebanon, PA 17042<br>717-281-1776<br>kd@election-institute.com |

Richard P. Lawson
Jessica H. Steinmann
Jase Panebianco
Patricia Nation
AMERICA FIRST POLICY INSTITUTE
1001 Pennsylvania Ave., NW, Suite 530
Washington, DC 20004
813-952-8882
rlawson@americafirstpolicy.com
jsteinmann@americafirstpolicy.com
jpaenbianco@americafirstpolicy.com
pnation@americafirstpolicy.com