IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAWN KEEFER, et al., | Civil No. 1:24-CV-00147 |
| Plaintiff, | |
| v. | Judge Jennifer P. Wilson |
| JOSEPH R. BIDEN, et al., | **NOTICE OF HEARING** |
| Defendants. | |

Plaintiffs-Representatives Dawn Keefer, Timothy Bonner, Barry Jozwiak, Barbara Gleim, Joseph Hamm, Wendy Fink, Robert Kauffman, Stephanie Borowicz, Donald (Bud) Cook, Paul (Mike) Jones, Joseph D'orsie, Charity Krupa, Leslie Rossi, David Zimmerman, Robert Leadbeter, Daniel Moul, Thomas Jones, David Maloney, Timothy Twardzik, David Rowe, Joanne Stehr, Aaron Berstine, Kathy Rapp, Jill Cooper, Marla Brown, Mark Gillen and Plaintiff-Senator Cris Dush, will bring on for hearing their Motion for Preliminary Injunction, before Judge Jennifer P. Wilson, a United States District Court Judge for the U.S. District Court for the Middle District of Pennsylvania, at a time and place to be determined.

Dated: February 16, 2024

/s/Erick Kaardal
By: Erick G. Kaardal (MN No. 229647)
Mohrman, Kaardal & Erickson, P.A.
150 South Fifth Street, Suite 3100
Minneapolis, Minnesota 55402
(612) 341-1074
kaardal@mklaw.com

Dated: February 16, 2024    /s/Karen DiSalvo
By: Karen DiSalvo (PA No. 80309)
Mohrman, Kaardal & Erickson, P.A.
Election Research Institute
1451 Quentin Road, Suite 232
Lebanon, PA 17042
717-281-1776
kd@election-institute.com


Richard P. Lawson
Jessica H. Steinmann
Jase Panebianco
Patricia Nation
AMERICA FIRST POLICY INSTITUTE
1001 Pennsylvania Ave., NW, Suite 530
Washington, DC 20004
813-952-8882
rlawson@americafirstpolicy.com
jsteinmann@americafirstpolicy.com
jpaenbianco@americafirstpolicy.com
pnation@americafirstpolicy.com