IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAWN KEEFER, et al., | Civil No. 1:24-CV-00147 |
| Plaintiff, | |
| | Judge Jennifer P. Wilson |
| v. | |
| JOSEPH R. BIDEN, et al., | **WORD COUNT CERTIFICATE** |
| Defendants. | |

I, Erick G. Kaardal, certify that Plaintiffs' Memorandum of Law in Support of Motion for Preliminary Injunction complies with the Local Rules

I further certify that, in preparation of this memorandum, I used Microsoft Word 2016, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations, but not the caption and signature blocks, in the following word count.

I further certify that the above referenced memorandum contains 4,949 words.

Dated: February 16, 2024     */s/ Erick G. Kaardal*
Erick G. Kaardal, MN 229647
Mohrman, Kaardal & Erickson, P.A.
150 South Fifth Street, Suite 3100
Minneapolis, Minnesota 55402
Telephone: 612-341-1074
Email: kaardal@mklaw.com
*Attorneys for Plaintiffs*