# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DAWN KEEFER, et al.,

    Plaintiff,

v.

JOSEPH R. BIDEN, et al.,

    Defendants.

Civil No. 1:24-CV-00147

Judge Jennifer P. Wilson

**DECLARATION OF ERICK G. KAARDAL**

I, Erick G. Kaardal, declare as follows:

1. I am an attorney at Mohrman, Kaardal & Erickson, P.A. and make this declaration in support of Plaintiffs' Motion for Preliminary Injunction.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Declaration of Pennsylvania State Senator Cris Dush.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Declaration of Pennsylvania State Representative Joseph Hamm.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Declaration of Pennsylvania State Representative Dawn Keefer.

5. Attached hereto as **Exhibit 4** is a true and correct copy of Declaration of Pennsylvania State Representative Charity Grimm Krupa.

6. Attached hereto as **Exhibit 5** is a true and correct copy of Declaration of Pennsylvania State Representative Barbara Gleim.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Dated: February 16, 2024         /s/Erick G. Kaardal