Statute at LI/consCheck

## § 1328. Approval of registration applications.

**(a) Examination.**--Upon receiving a voter registration application, a commissioner, clerk or registrar of a commission shall do all of the following:

    (1) Initial and date the receipt of the application.

    (2) Examine the application to determine all of the following:

        (i) Whether the application is complete.

        (ii) Whether the applicant is a qualified elector.

        (iii) Whether the applicant has an existing registration record. After the commission is connected to the SURE system, the commissioner, clerk or registrar shall search the SURE system on a Statewide basis to determine if the applicant has an existing registration record.

        (iv) Whether the applicant is entitled or qualified to receive the requested transfer or change, if applicable.

**(b) Decision.**--A commission shall do one of the following:

    (1) Record and forward a voter registration application to the proper commission if the commission finds during its examination under subsection (a) that the applicant does not reside within the commission's county but resides elsewhere in this Commonwealth.

    (2) Reject a voter registration application, indicate the rejection and the reasons for the rejection on the application and notify the applicant by first class nonforwardable mail, return postage guaranteed of the rejection and the reason if the commission finds during its examination under subsection (a) any of the following:

        (i) The application was not properly completed and, after reasonable efforts by the commission to ascertain the necessary information, the application remains incomplete or inconsistent.

        (ii) The applicant is not a qualified elector.

        (iii) The applicant is not entitled to a transfer of registration or a change of address.

        (iv) The applicant is not legally qualified for a change of name.

A rejection shall be made no later than ten days before the election succeeding the filing of the application.

    (3) Process a voter registration application in accordance with subsection (c) if the commission finds during its examination under subsection (a) all of the following:

        (i) The application requests registration.

        (ii) The application contains the required information indicating that the applicant is a qualified elector of the county.

    (4) Process a voter registration application in accordance with subsection (c) and update its registration records if the commission finds during its examination under subsection (a) all of the following:

        (i) The application requests registration.

        (ii) The application contains the required information indicating that the applicant is a qualified elector of the county.

        (iii) The applicant is currently a registered elector of the county.

    (5) Process a voter registration application in accordance with subsection (c) and request transfer of registration records in accordance with subsection (d) if the commission finds during its examination under subsection (a) all of the following:

        (i) The application requests registration.

        (ii) The application contains the required information indicating that the applicant is a qualified elector of the county.

        (iii) The applicant is currently a registered elector of another county.

    (6) Process a voter registration application in accordance with subsection (c) and request transfer of registration records in accordance with subsection (d) if the commission finds during its examination under subsection (a) all of the following:

        (i) The application requests a transfer of registration.

        (ii) The application contains the required information indicating that the applicant is a qualified elector of the county.

**Exhibit A**

    (iii)  The applicant is currently a registered elector of another county.
 (7)  Process a voter registration application in accordance with subsection (c) and update its registration if the commission finds during its examination under subsection (a) all of the following:
    (i)  The application requests a change of address.
    (ii)  The application contains the required information indicating that the applicant is a qualified elector of the county.
    (iii)  The applicant is currently a registered elector of the county.
 (8)  Process a voter registration application in accordance with subsection (c) and update its registration records if the commission finds during its examination under subsection (a) all of the following:
    (i)  The application requests a change of name.
    (ii)  The applicant is legally qualified to a change of name.
    (iii)  The application contains the required information indicating that the applicant is a qualified elector of the county.
    (iv)  The applicant is currently a registered elector of the county.

**(c)  Processing of voter registration.--**
 (1)  When a commission has accepted a voter registration application under subsection (b)(3), the commission shall assign each applicant a unique identification number in the SURE system. The commission shall mail a wallet-sized voter's identification card to the individual by first class nonforwardable mail, return postage guaranteed, which shall serve as notice of the acceptance of the application. The card shall contain all of the following:
    (i)  Name and address of the individual.
    (ii)  Name of municipality of residence.
    (iii)  Identification of the individual's ward and district.
    (iv)  The effective date of registration.
    (v)  Designation of party enrollment and date of enrollment.
    (vi)  A space for the individual's signature or mark.
    (vii)  The unique identification number of the individual.
    (viii)  A statement that the individual must notify the commission within ten days from the date it was mailed if any information on the card is incorrect; otherwise, the information shall be deemed correct for voter registration purposes.
 (2)  When a commission has accepted a voter registration application under subsection (b)(4), (5), (6), (7) or (8), the commission shall mail a wallet-sized voter's identification card to the individual by first class nonforwardable mail, return postage guaranteed, which shall serve as notice of the acceptance of the application. The card shall contain all of the following:
    (i)  Name and address of the individual.
    (ii)  Name of municipality of residence.
    (iii)  Identification of the individual's ward and district.
    (iv)  The effective date of registration.
    (v)  Designation of party enrollment and date of enrollment.
    (vi)  A space for the individual's signature or mark.
    (vii)  The SURE registration number of the individual.
    (viii)  A statement that the individual must notify the commission within ten days from the date it was mailed if any information on the card is incorrect; otherwise, the information shall be deemed correct for voter registration purposes.
 (3)  An envelope containing a voter identification card shall be marked on the outside with a request to the postmaster to return it within five days if it cannot be delivered to the addressee at the address given.
 (4)  (Repealed).
 (5)  (Repealed).

**(d)  Transfer of registration records.--**
 (1)  If, during application, an individual discloses that the individual is a registered elector of another county, the

Exhibit A

```
commission of the individual's new county of residence shall
direct a cancellation notice to the commission of the
individual's former county of residence in accordance with
regulations promulgated under this part.
    (2)  Upon receipt of a notice transmitted in accordance
with paragraph (1), the commission of the individual's former
county of residence shall investigate. If the commission finds
that the individual is a registered elector of the county, the
commission shall verify the address change with the registered
elector in accordance with this part. Upon verifying that the
registered elector has moved to another county of residence,
the commission shall cancel the registered elector's
registration, transfer a copy of the canceled registration
record to the commission of the registered elector's new county
of residence and retain a record of the transfer. The
commission of both counties shall promptly update information
contained in their registration records.
    (e)  Challenges.--All challenges to applications for
registration shall be made as provided in section 1329 (relating
to challenges).
(Mar. 27, 2020, P.L.41, No.12, eff. imd.)

    2020 Repeal.  Act 12 repealed subsec. (c)(4) and (5).
    Cross References.  Section 1328 is referred to in sections
1222, 1322, 1323, 1328.1, 1501, 1502, 1712 of this title.
```

Exhibit A