

Exhibit D