AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| Keefer, et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 24-cv-00147-JPW |
| Biden, et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All federal government defendants.

Date: 02/20/2024

/s/ Kuntal Cholera
*Attorney's signature*

Kuntal Cholera (D.C. Bar 1031523)
*Printed name and bar number*

1100 L St. NW
Washington, D.C. 20005
*Address*

kuntal.cholera@usdoj.gov
*E-mail address*

(202) 305-8645
*Telephone number*

*FAX number*