AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Middle District of Pennsylvania ▾

| | | |
|---|---|---|
| Keefer, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   24-cv-147 |
| Biden, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Governor Josh Shapiro, Secretary Al Schmidt, Deputy Secretary Jonathan Marks                              .

Date:     02/21/2024

/s/ Jacob B. Boyer
*Attorney's signature*

Jacob B. Boyer (Pa. Bar 324296)
*Printed name and bar number*

333 Market Street, 17th Floor
Harrisburg, PA 17101

*Address*

jacobboyer@pa.gov
*E-mail address*

(717) 460-6786
*Telephone number*

(717) 787-1788
*FAX number*