AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Middle District of Pennsylvania

| | | |
|---|---|---|
| Representative Dawn Keefer, et al. *Plaintiff* | ) ) ) | |
| v. | ) | Case No. 1:24-CV-00147 |
| Joseph R. Biden, et al. *Defendant* | ) ) ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Governor Josh Shapiro, Secretary of the Commonwealth Al Schmidt, Deputy Secretary Jonathan Marks.

Date: 02/21/2024

/s Michael J. Fischer
*Attorney's signature*

Michael J. Fischer (PA Bar No. 322311)
*Printed name and bar number*

Office of General Counsel
333 Market St.
17th Floor
Harrisburg, PA 17101
*Address*

mjfischer@pa.gov
*E-mail address*

(717) 831-2847
*Telephone number*

*FAX number*