IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REPRESENTATIVES DAWN KEEFER, ET AL.<br><br>　　　　Plaintiffs<br><br>v.<br>JOSEPH R. BIDEN, ET AL.<br><br>　　　　Defendants | : : : : : : : : : : | No. 1:24-cv-00147-JPW |

ORDER [PROPOSED]

**AND NOW**, this _____ day of _____, 2024, upon consideration of the Motion of the Foundation for Government Accountability for Leave to File Amicus Brief in Support of Plaintiffs' Motion for a Preliminary Injunction (ECF No. 19), it is hereby **ORDERED** that the Motion is **GRANTED** and the Clerk shall accept for filing the document attached to the Motion as Exhibit A, entitled Brief of *Amicus Curiae* the Foundation For Government Accountability in Support of Plaintiffs' Motion for a Preliminary Injunction.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JENNIFER P. WILSON
　　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　　Middle District of Pennsylvania