IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REPRESENTATIVES DAWN KEEFER, ET AL.<br><br>      Plaintiffs<br><br>v.<br><br>JOSEPH R. BIDEN, ET AL.<br><br>      Defendants | : No. 1:24-cv-00147-JPW<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

ORDER

**AND NOW**, this 26th day of February, 2024, upon consideration of the Motion of the Foundation for Government Accountability for Leave to File Amicus Brief in Support of Plaintiffs' Motion for a Preliminary Injunction (ECF No. 19), it is hereby **ORDERED** that the Motion is **GRANTED** and the Clerk shall accept for filing the document attached to the Motion as Exhibit A, entitled Brief of *Amicus Curiae* the Foundation For Government Accountability in Support of Plaintiffs' Motion for a Preliminary Injunction.

BY THE COURT:

s/ Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania