# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DAWN KEEFER, et al.,

    Plaintiff,

v.

JOSEPH R. BIDEN, et al.,

    Defendants.

Civil No. 1:24-CV-00147

Judge Jennifer P. Wilson

**AFFIDAVIT OF SERVICE BY RULE 4**

      Mary Gynild, of the City of Minneapolis, County of Hennepin, State of Minnesota, being first duly sworn on oath, says that on the 23rd day of February, 2024 she served the following:

1. Amended Complaint with Exhibits A-N;
2. Summons (re-issued 2/22/24);
3. Motion for Preliminary Injunction;
4. Notice of Hearing (TBD);
5. Memorandum in Support of Motion for Preliminary Injunction;
6. Declaration of Erick G. Kaardal with Exhibits 1-5;
7. Declaration of Heather Honey with Exhibits A-I;
8. Original Summons (issued 1-25-24); and
9. Original Complaint (w/o exhibits).

on the following party, by mailing a true and correct copy thereof, enclosed in an envelope, postage for first class mail and *Certified Mail/Return Receipt Requested* prepaid, and by depositing same at the post office in Minneapolis, Minnesota, and directed to the following at their last known address:

President Joseph R. Biden
c/o US Attorney General
Merrick Garland
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington DC 20530

President Joseph R. Biden
c/o US Attorney for the Middle District of PA
Gerald M. Karam
*Attention: Civil-Process Clerk*
United States Courthouse
1501 North 6th Street, 2nd Floor
Harrisburg, PA 17102

President Joseph R. Biden
1600 Pennsylvania Ave NW
Washington D.C. 20500

| | |
|---|---|
| Subscribed and affirmed to before me this 26th day of February, 2024, Hennepin County, Minnesota. | /s/Mary Gynild<br>Mary Gynild |

/s/James R. Magnuson, comm. expires 1/31/2025
Notary Public