IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DAWN KEEFER, et al.,            Civil No. 1:24-CV-00147

    Plaintiff,

                                                           Judge Jennifer P. Wilson

v.

JOSEPH R. BIDEN, et al.,          **AFFIDAVIT OF SERVICE BY RULE 4**

    Defendants.

      Mary Gynild, of the City of Minneapolis, County of Hennepin, State of Minnesota, being first duly sworn on oath, says that on the 23rd day of February, 2024 she served the following:

1. Amended Complaint with Exhibits A-N;
2. Summons (re-issued 2/22/24);
3. Motion for Preliminary Injunction;
4. Notice of Hearing;
5. Memorandum in Support of Motion for Preliminary Injunction;
6. Declaration of Erick G. Kaardal with Exhibits 1-5; and
7. Declaration of Heather Honey with Exhibits A-I.

on the following parties, by mailing a true and correct copy thereof, enclosed in an envelope, postage for first class mail and *Certified Mail/Return Receipt Requested* prepaid, and by depositing same at the post office in Minneapolis, Minnesota, and directed to the following at their last known address:

*United States*
*U.S. Department Of Agriculture*
*Tom Vilsack, Secretary of Agriculture*
*U.S. Department Of Health And Human Services*
*Xavier Becerra, Secretary Of Health And Human Services*
*U.S. Department Of State*
*Antony Blinken, Secretary Of State*
*U.S. Department Of Housing And Urban Development*
*Marcia Fudge, Secretary Of Housing And Urban Development*
*U.S. Department Of Energy*
*Jennifer Granholm, Secretary Of Energy*
*U.S. Department Of Education*

1

*Dr. Miguel Cardona, Secretary Of Education*
    c/o US Attorney General
    Merrick Garland
    U.S. Department of Justice
    950 Pennsylvania Ave NW
    Washington DC 20530

*United States*
*U.S. Department Of Agriculture*
*Tom Vilsack, Secretary of Agriculture*
*U.S. Department Of Health And Human Services*
*Xavier Becerra, Secretary Of Health And Human Services*
*U.S. Department Of State*
*Antony Blinken, Secretary Of State*
*U.S. Department Of Housing And Urban Development*
*Marcia Fudge, Secretary Of Housing And Urban Development*
*U.S. Department Of Energy*
*Jennifer Granholm, Secretary Of Energy*
*U.S. Department Of Education*
*Dr. Miguel Cardona, Secretary Of Education*
    c/o US Attorney for the Middle District of PA
    Gerald M. Karam
    *Attention: Civil-Process Clerk*
    United States Courthouse
    1501 N 6th Street, 2nd Flr
    Harrisburg, PA 17102

United States
1600 Pennsylvania Ave NW, Washington D.C. 20500

U.S. Department Of Agriculture
1400 Independence Ave SW., Washington, DC  20250

Tom Vilsack, Secretary of Agriculture
1400 Independence Ave SW., Washington, DC  20250

U.S. Department Of Health And Human Services
200 Independence Ave., SW Washington, DC 20201

Xavier Becerra, Secretary Of Health And Human Services
200 Independence Ave., SW Washington, DC 20201

U.S. Department Of State
2201 C St., NW Washington, DC 20520

Antony Blinken, Secretary Of State
2201 C St., NW Washington, DC 20520

U.S. Department Of Housing And Urban Development
451 7th Street Southwest Washington, DC 20410

Marcia Fudge, Secretary Of Housing And Urban Development
451 7th Street Southwest Washington, DC 20410

U.S. Department Of Energy
1000 Independence Avenue Southwest, Washington, D.C. 20585

Jennifer Granholm, Secretary Of Energy
1000 Independence Avenue Southwest, Washington, D.C. 20585

U.S. Department Of Education
400 Maryland Avenue, SW Washington, D.C. 20202

Dr. Miguel Cardona, Secretary Of Education
400 Maryland Avenue, SW Washington, D.C. 20202

| | |
|---|---|
| Subscribed and affirmed to before me this 26th day of February, 2024, Hennepin County, Minnesota. | /s/Mary Gynild<br>Mary Gynild |

/s/James R. Magnuson, comm. expires 1/31/2025
Notary Public

3