UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR    :
ADMISSION TO PRACTICE IN THIS COURT :

**PETITION**

I, /s/ Sofia DeVito _____, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

Office address: 15275 Collier Blvd., Ste. 201

Naples, FL 34119

Office Telephone: (239) 244-8808

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Middle District of Florida (2024)

My attorney Identification number is: 1019192

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____   Date: _____

 X   SPECIAL ADMISSION:

GRANTED BY THE COURT [signature]   Date: 2/27/2024