UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR  :
ADMISSION TO PRACTICE IN THIS COURT  :

**PETITION**

I, /s/ David J. Craig, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

Office address: 15275 Collier Blvd., Ste. 201
Naples, FL 34119

Office Telephone: (239) 244-8808

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Wisconsin Supreme Court - 9/29/21; U.S. District Court Eastern District of Wisconsin - 2

My attorney Identification number is: 1121040

FOR COURT USE ONLY

___ GENERAL ADMISSION:

GRANTED BY THE COURT: _____   Date: _____

x SPECIAL ADMISSION:

GRANTED BY THE COURT [signature]   Date: 2/27/2024