# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAWN KEEFER, *et al.*,<br><br>                    Plaintiffs,<br><br>          v.<br><br>JOSEPH R. BIDEN, *et al.*,<br><br>                    Defendants. | No. 1:24-cv-147<br>Judge Jennifer P. Wilson |

## <u>DECLARATION OF JONATHAN MARKS</u>

I, Jonathan Marks, declare and affirm under the penalties of perjury of the laws of the United States of America as follows:

1.     I am the Deputy Secretary for Elections and Commissions at the Pennsylvania Department of State (the Department). I have been employed as Deputy Secretary since February 2019. Prior to serving as Deputy Secretary, I served as Commissioner for the Bureau of Commissions, Elections and Legislation, and before that, the Division Chief for the Statewide Uniform Registry of Electors (SURE). I have worked at the Department since 1993 and been involved with the Department's election-related responsibilities since 2002.

2.      I submit this Declaration in support of the Governor, Secretary of the Commonwealth, and my opposition to the motion for a preliminary injunction filed in this matter. Given my role and experience at the Department, I am personally knowledgeable about the matters referenced in this Declaration and the business records of the Department. I have also consulted with colleagues about certain matters referenced in this Declaration. If called as a witness, I could and would testify competently to the matters set forth below.

3.      Individuals who visit a Pennsylvania Department of Transportation (PennDOT) photo license center to complete their application for a new or renewed driver's license must simultaneously be provided an opportunity to register to vote or to update their existing voter registration record.

4.      As part of the process of applying for a new or renewed driver's license, PennDOT confirms a person's residency and citizenship status. The applicant is then issued a driver's license camera card, which contains a unique bar code that links to the applicant's driver's record. To complete the driver's license application process, the bar code on the application card is scanned by the PennDOT individual

2

responsible for taking the applicant's driver's license photo and for printing the license.

5.     For anyone that will be 18 at the time of the next election, and for whom citizenship has been confirmed, scanning the unique bar code will display an application to register to vote on the photo screen (which looks like a computer monitor) used to take the applicant's picture.

6.     To complete the application to register to vote, the applicant must answer a series of questions presented to them on the photo screen. Anyone can decline to complete the application.

7.     The Department and PennDOT work together to prescribe the format of the registration application that is presented to applicants.

8.     Completed registration applications are transmitted electronically by PennDOT to the Department which, in turn, distributes the applications to individual county voter registration offices via the SURE system. The counties then review the applications and determine whether to approve them.

9.    On September 19, 2023, Governor Shapiro announced that the Department and PennDOT had redesigned the application presented to voters.

10.    A true and correct copy of the application as it appeared before September 19, 2023, is attached to this declaration as Exhibit 1.

11.    A true and correct copy of the application as it currently appears following the September 19, 2023, redesign is attached to this declaration as Exhibit 2.

12.    The redesigned application eliminated duplicative requests for information from applicants, presented information to applicants in clearer language, indicated that the registration application would be sent to the appropriate county commission unless the individual declined, and added clear language explaining that an applicant's decision to decline to register will remain confidential.

13.    Between September 19, 2023, and February 28, 2024, there have been 57,449 new voter registration applications submitted through the PennDOT process that have been approved by the county registration commissions, and 50,170 applications to update a

registration record have been approved by the county commissions through the PennDOT process.

14.    As a comparison, from September 14, 2021, to February 23, 2022, there were 38,546 new voter registration applications submitted through the PennDOT process that were approved by the county registration commissions, and 31,918 applications to update a registration record that were approved by the county commissions through the PennDOT process.

15.    For approved applications submitted since September 19, 2023, about 34% of new applicants have registered with the Republican Party, about 31% of new applicants have registered with the Democratic Party, and about 35% of new applicants have registered with some other party or as unaffiliated.

I declare under penalty of perjury of the laws of the United States of America that the facts set forth in this Declaration are true and correct to the best of my knowledge, information, and belief.

Executed on this 1st day of March, 2024

_____

Jonathan Marks
Deputy Secretary for Elections and Commissions
Pennsylvania Department of State

# Exhibit 1

# Screen 1

**Language Selection for Voter Registration**

**Please select your language**

10 English     (Press 10 for English)

11 Spanish     (Oprima 11 para Español)

12 Chinese Simplified     (中文（简体）请按  12)

13 Chinese Traditional     (中文（繁體）請按  13)

14 Vietnamese     (Ấn 14 cho Tiếng Việt)

15 Russian     (Для получения информации на
                русском языке нажмите 15.)

16 Korean     (한국어인 경우 16 번을 누르십시오)

17 Italian     (Prema 17 per Italiano)

18 French     (Appuyez sur 18 pour le français)

19 Arabic     (اضغط 19 للعربية)

20 Gujarati     (ગુજરાતી માટે 20 પ્રેસ કરો)

21 Polish     (Wciśnij 21 jeśli polski)

22 Khmer     (បុចលេខ 22 សម្រាប់កាសាខ្មែរ)

23 French Creole     (Peze 23 pou Kreyòl)

Screen 2 - If customer presses 2, the system exits the motor voter questions. If customer presses 1, proceed to screen 3.

**Applying for Voter Registration**

Are you a citizen of the United States?

Press 1 for YES

Press 2 for NO

Screen 3 - If customer presses 1, the system proceeds to screen 6. If customer presses 2, the system proceeds to screen 4.

**Applying for Voter Registration**

Are you a registered voter in Pennsylvania?

Press 1 for YES

Press 2 for NO

Screen 4 - If customer presses 1, proceed to screen 5. If customer presses 2, the system exits motor voter questions.

**Applying for Voter Registration**

Do you wish to apply to register to vote now?

Press 1 for YES

Press 2 for NO

Screen 5 - If customer presses 1, and does not have a street address in either line of his/her address, proceed to screen 7. If customer has a street address in either line of his/her address, proceed to screen 8. If customer presses 2, the system exists the motor voter questions.

## Qualifications

By law, in order to register to vote, you must meet all of the following qualifications:

(1) On the day of the next election I will have been a **United States citizen** for at least one month.

(2) I will be **at least 18 years of age.**

(3) I will have **resided in Pennsylvania** and in my election district **for at least 30 days.**

(4) I am legally qualified to vote.

Under penalty of perjury, do you meet ALL of these qualifications?

Press 1 for YES

Press 2 for NO

# Screen 6 – If customer presses 1, proceed to screen to 8.  If customer presses 2, system exits motor voter questions.

**Update Existing Voter Registration Record**

If you are already registered to vote at the address on your driver's license, you do not need to re-register.

Would you like to make changes to your political party affiliation, county, or telephone number?

Press 1 for YES

Press 2 for NO

# Screen 7 - Is only displayed if customer address contains a PO Box. When customer presses ENTER, proceed to screen 8.

**Post Office Box**

Your address contains a Post Office box address.

Your county requires more address information to complete your voter registration application.

You may complete your application and update your address online by going to register.votespa.com.

You may also contact your county voter registration office to complete your application.

Press ENTER to continue.

# Screen 8 – Only displays if customer presses enter on Screen 7. If customer presses 1, proceed to screen 10.  If customer presses 2, proceed to screen 9.

**Confirm County**

Do you live in this county?:

Press 1 If this is correct

Press 2 If this is incorrect or blank

# Screen 9

## Choose County

### Please enter the code for the county in which you live:

| | | | | |
|---|---|---|---|---|
| 01 Adams | 15 Chester | 29 Fulton | 43 Mercer | 57 Sullivan |
| 02 Allegheny | 16 Clarion | 30 Greene | 44 Mifflin | 58 Susquehanna |
| 03 Armstrong | 17 Clearfield | 31 Huntingdon | 45 Monroe | 59 Tioga |
| 04 Beaver | 18 Clinton | 32 Indiana | 46 Montgomery | 60 Union |
| 05 Bedford | 19 Columbia | 33 Jefferson | 47 Montour | 61 Venango |
| 06 Berks | 20 Crawford | 34 Juniata | 48 Northampton | 62 Warren |
| 07 Blair | 21 Cumberland | 35 Lackawanna | 49 Northumberland | 63 Washington |
| 08 Bradford | 22 Dauphin | 36 Lancaster | 50 Perry | 64 Wayne |
| 09 Bucks | 23 Delaware | 37 Lawrence | 51 Philadelphia | 65 Westmoreland |
| 10 Butler | 24 Elk | 38 Lebanon | 52 Pike | 66 Wyoming |
| 11 Cambria | 25 Erie | 39 Lehigh | 53 Potter | 67 York |
| 12 Cameron | 26 Fayette | 40 Luzerne | 54 Schuylkill | |
| 13 Carbon | 27 Forest | 41 Lycoming | 55 Snyder | |
| 14 Centre | 28 Franklin | 42 McKean | 56 Somerset | |

**County:**

**Press ENTER to continue.**

# Screen 10 – If customer selects 1, 2 or 3, proceed to screen 12.

**Political Party Affiliation**

In a primary election, parties choose (nominate) candidates for the November general election.

To vote in a primary election for nominating candidates, you must register with either the Democratic or Republican party.

Choose the party you wish to register with:

**1. Democratic**

**2. Republican**

**3. None (No Affiliation)**

**4. Other**

# Screen 11

## Political Party Affiliation - Other

Your voter registration application will be marked as "Other."

You may update your party affiliation choice online and enter the name of the party of your choice through the online voter registration system register.votespa.com.

You may also contact your county voter registration office to advise them of your party affiliation choice and to be sure that your political affiliation appears on your voter registration.

Press ENTER to continue.

# Screen 12

**Confirm Political Party Affiliation**

You have selected this party:

Press 1 If this is correct

Press 2 If this is incorrect

# Screen 13

### Telephone Number

Telephone number is optional.

Please include area code.

If you do not wish to provide this information, please press ENTER.

The license technician cannot see your entry.

Press ENTER to continue.

# Screen 14

**Race or Ethnic Group**

Race or Ethnic Group is optional.

If you do not wish to provide this information, please press ENTER.

1. White
2. Black or African American
3. Hispanic or Latino
4. Native American or Alaskan Native
5. Asian
6. Native Hawaiian or other Pacific Islander
7. Two or more races
8. Other

# Screen 15

**Confirm Voter Registration Information**

County:
Political Party:
Telephone Number:
Race or Ethnic Group:

Press 1 If this information is correct

Press 2 If you want to correct your county

Press 3 If you want to correct your political party

Press 4 If you want to correct your telephone number

Press 5 If you want to correct your race or ethnic group

# Screen 16

## Voter Registration Declaration

**I declare that**

- I am a United States citizen and will have been a citizen for at least 1 month on the day of the next election.
- I will be at least 18 years old on the day of the next election.
- I will have lived at my address for at least 30 days before the election.
- I am legally qualified to vote.

I affirm that this information is true.

I understand that this declaration is the same as an affidavit, and, if this information is not true, I can be convicted of perjury, and fined up to $15,000, jailed for up to 7 years, or both.

By selecting option 1 below and signing the application, you are confirming the following:

- You agree you have read and accept the terms of the declaration above.
- You understand that your signature as it appears on your driver's license or identification card will constitute the legal equivalent of your signature for this voter registration application.
- You agree to conduct this voter registration transaction by electronic means and that all laws of the Commonwealth of Pennsylvania will apply to this transaction.

Press 1    If you confirm you have read and agree to the terms above
Press 2    If you do not agree and wish to cancel

**(The signature as it appears on your driver's license or identification card will be attached to your voter registration application and sent to your county voter registration office.)**

# Screen 17

**Cancel Your New or Updated Voter Registration Application**

You have selected the option to cancel your new or updated voter registration application. Are you sure you want to cancel?

Press 1 for YES

Press 2 for NO

# Screen 18

Commonwealth of PA - PennDOT

Voter Registration Application Receipt
Station:

Name:
Address 1:
Address 2:
City:
State: Pennsylvania
Zip Code:
County:
DOB:
Party:
Telephone Number:
Race:

Your application to register to vote is not complete until your county voter registration office approves it.
If you do not receive a voter registration card within 2 weeks, please contact your county voter registration
office. County contact numbers can be found at votespa.com/county. If any time you need to change your
voter registration, you may update it online at register.votespa.com. This information will print on the receipt in
English only. Please keep the receipt until you receive your voter registration card in the mail.

Press ENTER when done reading this screen.

# Screen 19-Motor Voter Customer Receipt

Commonwealth of PA

PennDOT

Voter Registration Application Receipt
Station: <station ID>
Today's Date: <today's date>

<name>
<address line 1>
<address line 2>
<city>, PA <zip code>
County: <county>
DOB: <date of birth >
Party: <party>
Telephone Number: <number >
Race: <race/group>

Your application to register to vote is not complete until your county voter registration office approves it. If you do not receive a voter registration card within 2 weeks, please contact your county voter registration office. County contact numbers can be found at www.votespa.com. If at any time you need to change your voter registration, you may update it online at register.votespa.com. Please keep the receipt until you receive your voter registration card in the mail.

# Exhibit 2

Screen 1 – Motor Voter Language Selection

Please select your language.

| | |
|---|---|
| 01 (Press 01 for English) | 17 (日本語の場合は 17 を押してください) |
| 02 (Oprima 02 para Español) | 18 (한국어인 경우 18 번을 누르십시오) |
| 03 (中文（繁體） 請按03) | 19 (19 mà niŋ mandinka kaŋo lemu) |
| 04 (中文（简体） 请按04) | 20 (नेपालीको लागि 20 थिच्नुहोस्) |
| 05 (Shtypni 05 për Shqip) | 21 (د یښتو لپاره 21 کیکاږئ) |
| 06 (ለአማርኛ 06 ን ይጫኑ) | 22 (Wciśnij 22 jeśli polski) |
| 07 (اضغط 07 للعربية) | 23 (Prima 23 para português) |
| 08 (Pritisnite 08 za Bosanski) | 24 (ਪੰਜਾਬੀ ਲਈ 24 ਦਬਾਓ) |
| 09 (myanmarbharsaraatwat 09 ko nhaiutpar) | 25 (нажмите 25 для русского) |
| 10 (ចុចលេខ 10 សម្រាប់ភាសាខ្មែរ) | 26 (Riix 26 ee Af-soomaaliga) |
| 11 (برای نری 11 را فشار دهید) | 27 (Bonyeza 27 kuwasiliana kwa Kiswahili) |
| 12 (برای فارسی 12 را فشار دهید) | 28 (Türkçe için 28'e basınız) |
| 13 (Appuyez sur 13 pour le français) | 29 (Натисніть 29 для української) |
| 14 (Πατήστε 14 για ελληνικά) | 30 (اردو کے لیے 30 دبائیں) |
| 15 (हिन्दी के लिए 15 दबाएँ) | 31 (Ấn 31 cho Tiếng Việt) |
| 16 (Prema 16 per Italiano) | |

- Users will continue to Screen 2 – Citizenship Verification

Screen 2 – Citizenship Verification

**US Citizenship**

Voting is for United States citizens only.

## Are you a citizen of the United States?

### For YES, press **1**

### For NO, press **2**

- Users who press 1 will continue to Screen 3 – Voter Registration Option
- Users who press 2 will be taken to Screen 13 – Cancel New or Updated Registration

Screen 3 – Voter Registration Option

**Option for Voter Registration Services**

As a part of your visit to PennDOT today, you will be registered to vote unless you decline to register. If you are already registered, you may update the information in your existing voter record.

To Vote:

- You must have been a United States citizen for at least one month on the day of the next election.
- You must be at least 18 years old on the day of the next election.
- You must have lived in Pennsylvania for at least 30 days before the next election.

To continue to register to vote, press **ENTER**

If you are not qualifed to vote, or you <u>do not</u> want to register to vote or update your existing registration today, press **9**

- Pressing Enter will take the user to Screen 4 – County Verification
- Pressing 9 will take the user to Screen 13– Cancel New or Updated Voter Registration

Screen 4 -  County Verification

**County of Residence Verification**

 Please verify that your county of residence is correct.

County:

\* \* \* \* \* \* \*

If this information is correct, press **ENTER**.

If this is incorrect, or if you have a PO Box, please press **9** to continue to the County Selection Screen.

Your county voter registration office will contact you if your address isn't complete.

- Pressing Enter will take the user to Screen 6 – Political Party Affiliation
- Pressing 9 will take the user to Screen 5 – County Selection to select their correct County

Screen 5 – County Selection



- Users will continue to Screen 6 – Political Party Affiliation

Screen 6 – Political Party Affiliation

## Political Party Affiliation

**Select your political party affiliation:**

*If you want to vote for a candidate in a primary election, you must register as a member of either the Democratic or Republican party.*

1 Democratic Party

2 Republican Party

3 Green Party

4 Libertarian Party

5 No Affiliation

6 Other - be sure to read important information on the printed receipt once you complete this transaction.

- Users will continue to Screen 7 – Telephone Number

Screen 7 – Telephone Number

## Telephone Number (Optional)

Enter your telephone number, including the area code.

*Your phone number may be used to provide you with important information regarding elections, public safety, or other matters of public interest and may not be used for commercial or other purposes, except purposes related to elections and political activities.*

***-***-****

To provide a telephone number: Use the keypad to enter your area code and phone number, then press **ENTER**

If you do not wish to provide this information, please press **ENTER** to continue.

- Pressing Enter after entering a 10-digit phone number will take the user to Screen 8 – Mobile Declaration
- Pressing Enter without entering a 10-digit phone number will take the user to Screen 9 – Race/Ethnicity Declaration

Screen 8 – Mobile Telephone Declaration

*This screen will only appear if the customer entered a telephone number on Screen 7

## Mobile Telephone Number Declaration

Is the telephone number you entered a mobile number?

For YES, press **1**

For NO, press **2**

*Providing your mobile number will allow your county voter registration office and the Commonwealth to text important voter information. You will have the opportunity to opt out of text messages.*

- Users will continue to Screen 9 – Race/Ethnicity Declaration

Screen 9 – Race/Ethnicity Declaration

**Race/Ethnicity(Optional)**

Enter the number that corresponds to your race/ethnicity.

Providing this information is optional and will not affect your voter registration.

    1   Native American or Alaskan Native
    2   Native Hawaiian or other Pacific Islander
    3   Black or African American
    4   Hispanic or Latino
    5   Asian
    6   White
    7   Two or more races
    8   Other

If you do not wish to provide this information, please press **ENTER** to continue.

- Users will continue to Screen 10 – Application Review

Screen 10 – Application Review

## Voter Registration Application Review

Review your registration information below.

Name: ******* ******* *******

Address: *******
*******
*******, PA *******

County: *******
Party Affiliation: *******
Telephone Number: *******
Race/Ethnicity: *******

If this information is correct and you wish to register to vote or update your voter registration, press **1**.

To correct your county of residence, press **2**.

To correct your political party, press **3**.

To correct your telephone number, press **4**.

To correct your race/ethnicity, press **5**.

If you wish to cancel this application, press **6**.

- Pressing 1 will take the user to Screen 11 – Voter Registration Declaration
- Pressing 2 will take the user to Screen 5 – County Selection
- Pressing 3 will take the user to Screen 6 – Political Party Affiliation to update their Political Party selection
- Pressing 4 will take the user to Screen 7 – Telephone Number to update their phone number
  - If a phone number is entered, the user will proceed to Screen 8 – Mobile Declaration to declare if the entered number is a mobile number
- Pressing 5 will take the user to Screen 9 – Race/Ethnicity Declaration to update their Race/Ethnicity selection
- Pressing 6 will take the user to Screen 13 – Cancel New or Updated Registration

Screen 11 – Voter Registration Declaration

**Voter Registration Declaration**

**I declare that:**

- I am a United States citizen and will have been a citizen for at least one month on the day of the next election.
- I will be at least 18 years old on the day of the next election.
- I will have resided in Pennsylvania and in my election district for at least 30 days before the next election.
- I am legally qualified to vote.

I affirm that this information is true.

I understand that this declaration is the same as an affidavit, and, if this information is not true, I can be convicted of perjury, and fined up to $15,000, jailed for up to 7 years, or both.

By selecting option 1 below, you are signing an application for voter registration and confirming the following:

- You agree you have read and accept the terms of the declaration above.
- You understand that your signature as it appears on your driver's license or identification card will be attached to your voter registration application and sent to your county voter registration office.
- You agree to conduct this voter registration transaction by electronic means and that all laws of the Commonwealth of Pennsylvania will apply to this transaction.

To **sign** and **electronically submit** this application, press **1**.

If you **do not** agree and wish to **cancel** this application, press **2**.

- Users who Press 1 will continue to Screen 12 – Voter Registration Confirmation
- Users who Press 2 will go to Screen 13 – Cancel New or Updated Registration

Screen 12 – Voter Registration Confirmation

## Commonwealth of PA

## PennDOT

Voter Registration Application Receipt

Station: *******

Today's Date: *******

******* ******* *******

*******

*******

*******,PA *******

County: *******

DOB: *******

Party: ******* (Please see below for important information about your party affiliation)

Telephone Number: *******

**Thank you for submitting your voter registration application. Please note that:**

Your county voter registration office will review your application.

If you register to vote, the office at which you register will remain confidential and will be used for voter registration purposes only.

If you do not receive a voter registration card confirming your voter registration within two weeks, pealse contact your country voter registration office. If you registered after the deadline for the next election, your application will be reviewed and approved after the date of the election.

If you chose "Other" as your party affiliation, you may update your party affiliation choice online at www.vote.pa.gov/register and enter the name of the party of your choice through the online voter registration system. You may also contact your county voter registration office to advise them of your party affiliation choice to be sure that your political affiliation appears on your voter registration.

Please keep the paper receipt until you receive your voter registration card in the mail.

Press **ENTER** when done reading this screen.

Screen 13 – Cancel New or Updated Registration

*This screen will only appear to users that have selected the following options:

- Pressed 9 on Screen 3 – Voter Registration Option
- Pressed 6 on Screen 10 – Application Review
- Pressed 2 on Screen 11 – Voter Registration Declaration

| Eligibility |
| --- |

# Cancel Your New or Updated
# Voter Registration Application

You have selected the option to cancel your new or updated voter registration application.  If you decline to register to vote, the fact that you declined will remain confidential, and will be used for voter registration purposes only.

Are you sure you want to cancel?

For YES, press **1**

For NO, press **2**

- Users who press 1 will be returned to the previous screen:
  - Screen 3 – Voter Registration Option
  - Screen 10 – Application Review
  - Screen 11 – Voter Registration Declaration