UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAWN KEEFER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, *et al.*, <br><br> Defendants. | No. 1:24-cv-147 <br> Judge Jennifer P. Wilson |

## MOTION TO DISMISS

Governor Josh Shapiro, Secretary of the Commonwealth Al Schmidt, and Deputy Secretary Jonathan Marks move to dismiss Plaintiffs' Amended Complaint (ECF No. 18) under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). The Amended Complaint should be dismissed for the reasons described in the contemporaneously filed brief.

March 20, 2024

Michael J. Fischer
Executive Deputy General Counsel
333 Market Street, 17th Floor
Harrisburg, PA 17101
(717) 831-2847
mjfischer@pa.gov


Erich Greiner
Office of Attorney General
Strawberry Square
15th Floor
Harrisburg, PA 17102
(717) 783-6301
egreiner@attorneygeneral.gov

Respectfully submitted,

/s/ *Jacob B. Boyer*
Jacob B. Boyer (Bar. No. 324396)
Deputy General Counsel
333 Market Street, 17th Floor
Harrisburg, PA 17101
(717) 460-6786
jacobboyer@pa.gov

*Counsel for Governor Josh Shapiro, Secretary of the Commonwealth Al Schmidt, and Deputy Secretary Jonathan Marks*

## **CERTIFICATES**

I hereby certify that a copy of this motion has been served on all counsel of record using the Court's CM/ECF system.

I further certify that, as required under Local Rule 7.1 and this Court's conferral order (ECF No. 4), I conferred with counsel for Plaintiffs about whether deficiencies in the Amended Complaint can be cured. The Pennsylvania Defendants communicated that the Amended Complaint has incurable deficiencies as identified in the previously filed opposition to Plaintiffs' motion for a preliminary injunction. Counsel for Plaintiffs communicated that Plaintiffs oppose dismissal.

March 20, 2024    /s/ *Jacob B. Boyer*
                  Jacob B. Boyer

                  *Counsel for Governor Josh Shapiro, Secretary of the Commonwealth Al Schmidt, and Deputy Secretary Jonathan Marks*