UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAWN KEEFER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, *et al.*, <br><br> Defendants. | No. 1:24-cv-147 <br> Judge Jennifer P. Wilson |

# ORDER

For the reasons described in the accompanying Memorandum Opinion, Governor Josh Shapiro, Secretary of the Commonwealth Al Schmidt, and Deputy Secretary Jonathan Marks' Motion to Dismiss Plaintiffs' Amended Complaint is **GRANTED**.

Plaintiffs' Amended Complaint is **DISMISSED**.

Dated: _____         _____
                                                        The Honorable Jennifer P. Wilson