# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAWN KEEFER, *et al.*, | : | Civil No. 1:24-CV-00147 |
| Plaintiffs, | : | |
| v. | : | |
| JOSEPH R. BIDEN, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 26th day of March, 2024, in accordance with the accompanying memorandum, **IT IS ORDERED THAT**:

1. Federal Defendants' motion to dismiss for lack of jurisdiction, Doc. 40, is **GRANTED**.

2. State Defendants' motion to dismiss for lack of jurisdiction, Doc. 46, is **GRANTED**.

3. Plaintiffs' motion for preliminary injunction, Doc. 19, is **DENIED**.

4. Plaintiffs' amended complaint, Doc. 18, is **DISMISSED**.

5. The Clerk of Courts is directed to close this case.

<u>s/Jennifer P. Wilson</u>
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania